AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Catholic Legal Immigration Network, Inc.; Brooklyn Defender Services; Florence Immigrant and Refugee Rights Project; HIAS; National Immigrant Justice Center<br>*Plaintiff(s)*<br>v.<br>Executive Office for Immigration Review; Department of Justice; Jeffrey A. Rosen, Department of Justice, in his official capacity; James McHenry, Executive Office for Immigration Review, in his official capacity<br>*Defendant(s)* | Civil Action No. 21-cv-094-RJL |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  EXECUTIVE OFFICE FOR IMMIGRATION REVIEW, 20 Massachusetts Ave., NW, Washington, D.C. 20529

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Keren Zwick, NATIONAL IMMIGRANT JUSTICE CENTER
224 S. Michigan Ave., Suite 600
Chicago, IL 60604

Jeffrey Dubner, DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ANGELA D. CAESAR, CLERK OF COURT

Date: 1/12/2021          /s/ Anson Hopkins
                         *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Catholic Legal Immigration Network, Inc.; Brooklyn Defender Services; Florence Immigrant and Refugee Rights Project; HIAS; National Immigrant Justice Center<br>*Plaintiff(s)*<br>v.<br>Executive Office for Immigration Review; Department of Justice; Jeffrey A. Rosen, Department of Justice, in his official capacity; James McHenry, Executive Office for Immigration Review, in his official capacity<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No. 21-cv-094 -RJL |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* U.S. DEPARTMENT OF JUSTICE, 950 Pennsylvania Ave., NW, Washington, D.C. 20530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: 1/12/2021

/s/ Anson Hopkins
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| Catholic Legal Immigration Network, Inc.; Brooklyn Defender Services; Florence Immigrant and Refugee Rights Project; HIAS; National Immigrant Justice Center<br><br>*Plaintiff(s)*<br><br>v.<br><br>Executive Office for Immigration Review; Department of Justice; Jeffrey A. Rosen, Department of Justice, in his official capacity; James McHenry, Executive Office for Immigration Review, in his official capacity<br><br>*Defendant(s)* | Civil Action No. 21-cv-094 -RJL |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  JEFFREY A. ROSEN
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, D.C. 20530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Keren Zwick, NATIONAL IMMIGRANT JUSTICE CENTER, 224 S. Michigan Ave., Suite 600, Chicago, IL 60604

Jeffrey Dubner,
DEMOCRACY FORWARD FOUNDATION, P.O. Box 34553, Washington, DC 20043

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date:   1/12/2021

/s/ Anson Hopkins
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Catholic Legal Immigration Network, Inc.; Brooklyn Defender Services; Florence Immigrant and Refugee Rights Project; HIAS; National Immigrant Justice Center<br>*Plaintiff(s)*<br>v.<br>Executive Office for Immigration Review; Department of Justice; Jeffrey A. Rosen, Department of Justice, in his official capacity; James McHenry, Executive Office for Immigration Review, in his official capacity<br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 21-cv-094 -RJL |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  JAMES McHENRY,
20 Massachusetts Ave., NW
Washington, D.C. 20529

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Keren Zwick, NATIONAL IMMIGRANT JUSTICE CENTER, 224 S. Michigan Ave., Suite 600, Chicago, IL 60604

Jeffrey Dubner,
DEMOCRACY FORWARD FOUNDATION, P.O. Box 34553, Washington, DC 20043

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: 1/12/2021

/s/ Anson Hopkins
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Catholic Legal Immigration Network, Inc.; Brooklyn Defender Services; Florence Immigrant and Refugee Rights Project; HIAS; National Immigrant Justice Center<br>*Plaintiff(s)*<br>v.<br>Executive Office for Immigration Review; Department of Justice; Jeffrey A. Rosen, Department of Justice, in his official capacity; James McHenry, Executive Office for Immigration Review, in his official capacity<br>*Defendant(s)* | Civil Action No. 21-cv-094 -RJL |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Michael R. Sherwin
United States Attorney for the District of Columbia
United States Attorney's Office
501 3rd St. NW, 4th Floor
Washington, DC 20001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: 1/12/2021

/s/ Anson Hopkins
*Signature of Clerk or Deputy Clerk*