AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Catholic Legal Immigration Network, Inc. et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 21-cv-94-RJL |
| Executive Office for Immigration Review et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Catholic Legal Immigration Network, Inc. et al.

Date: 01/12/2021

/s/ Benjamin Seel
*Attorney's signature*

Benjamin Seel DC Bar No. 1035286
*Printed name and bar number*

1440 G Street, NW #8162
Washington, DC 20005

*Address*

bseel@democracyforward.org
*E-mail address*

(202) 448-9090
*Telephone number*

(202) 701-1755
*FAX number*