AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Catholic Legal Immigration Network, Inc., et al., ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 21-cv-094 |
| Executive Office for Immigration Review, et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Catholic Legal Immigration Network, Inc., et al. (all Plaintiffs).

Date: 01/12/2021

/s/ Sarah Thompson
*Attorney's signature*

Sarah Thompson (D.D.C. Bar No. CA00073)
*Printed name and bar number*

National Immigrant Justice Center
PO Box 124975
San Diego, CA 92112
*Address*

sthompson@heartlandalliance.org
*E-mail address*

(312) 660-1370
*Telephone number*

(312) 660-1505
*FAX number*