IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHOLIC LEGAL IMMIGRATION NETWORK, INC., *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>EXECUTIVE OFFICE OF IMMIGRATION REVIEW, *et al.*,<br><br>*Defendants.* | Case No. 21-cv-094<br><br>*Document Electronically Filed* |

## MOTION FOR LEAVE TO USE ALTERNATE ADDRESS

Pursuant to Federal Rule of Civil Procedure 7(b) and Civil Local Rule 7, Plaintiff Florence Immigrant and Refugee Rights Project (the "Florence Project"), by counsel, hereby moves the Court for leave to proceed through use of an alternate address rather than the "full residence address" normally required under Local Civil Rule 5.1(c)(1). For the reasons set forth in the attached declaration, the Florence Project possesses a fear of reprisal—including fear of property damage, and physical harm to its staff and clients—if it provides its residence address on the public docket, and there is no countervailing public interest in public disclosure of their residence addresses or prejudice to the Defendants.

In support of this motion, the Florence Project relies upon the attached memorandum of points and authorities and an accompanying declaration, attached as Exhibit A. Per Civil Local Rule 7(c), a proposed order is attached as Exhibit B. As the case was filed yesterday, January 11, 2021, opposing counsel has not yet been assigned, preventing Plaintiff from fulfilling the meet and confer procedure set out in Local Civil Rule 7(m).

Dated: January 12, 2021                                  Respectfully submitted,

                                                     By:   *s/ Keren Zwick*

Mary Van Houten Harper**  
NATIONAL IMMIGRANT JUSTICE CENTER  
1099 New York Ave. NW  
Washington, DC 20001  
(312) 660-1370  
mharper@heartlandalliance.org  

Sarah Thompson (D.D.C. Bar No. CA00073)  
NATIONAL IMMIGRANT JUSTICE CENTER  
PO Box. 124975  
San Diego, CA 92101  
(312) 660-1370  
sthompson@heartlandalliance.org  

*** Application for admission pro hac vice forthcoming; Limited to practice before the federal courts pending reinstatement to D.C. Bar*

*\* Application for admission pro hac vice forthcoming*

Keren Zwick (D.D.C. Bar. No. IL0055)  
Mark Fleming*  
NATIONAL IMMIGRANT JUSTICE CENTER  
224 S. Michigan Ave., Suite 600  
Chicago, IL 60604  
(312) 660-1370  
kzwick@heartlandalliance.org  
mfleming@heartlandalliance.org  

Jeffrey Dubner (D.C. Bar No. 1013399)  
Benjamin Seel (D.C. Bar No. 1035286)  
Sean A. Lev (D.C. Bar No. 449936)  
DEMOCRACY FORWARD FOUNDATION  
P.O. Box 34553  
Washington, DC 20043  
(202) 448-9090  
jdubner@democracyforward.org  
bseel@democracyforward.org  
slev@democracyforward.org  

*Counsel for Plaintiffs*