# EXHIBIT A

## Declaration of Lauren Dasse, Florence Immigrant and Refugee Rights Project

I, Lauren Dasse, make this declaration based on my personal knowledge and declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1.  I am the Executive Director of the Florence Immigrant and Refugee Rights Project ("FIRRP" or the "Florence Project"), where I have worked since August 2012. I have been Executive Director since May 2013.

2.  The Florence Project is a nonprofit organization headquartered in Tucson, Arizona, with offices in Phoenix and Florence, Arizona.

3.  The Florence Project provides free legal and social services to detained and non-detained noncitizens in Arizona before immigration courts and the Board of Immigration Appeals. The Florence Project represents adults, as well as minor children, and also represents noncitizens deemed incompetent to represent themselves due to mental health needs or disabilities.

4.  Especially before Covid-19 limited the availability of in-person meetings, our clients visited our office for meetings and interviews. Frequently, these visitors included minor children, since the Florence Project represents a significant number of unaccompanied children released in the Phoenix and Tucson areas. Visitors also include clients who experience serious mental health conditions who are released with pending removal proceedings in Arizona.

5.  It is the Florence Project's policy to refrain from posting its physical address in publicly available fora, to limit the availability of such information on the internet, and to limit signage or other identifying details on and around its offices. We have also removed our physical address from our letterhead and business cards. In general, only staff, clients, and select other approved visitors have access to our physical office addresses.

6.    We deem these security precautions necessary because of the palpable anti-immigrant climate present in Arizona, and the presence of potentially violent anti-immigrant groups that operate in our state.[1]

7.    Fortunately, and perhaps because it has taken these precautions, the Florence Project and its clients have not been targeted for violence or vandalism by any of these elements.

8.    We have received threatening and offensive messages from individuals who do not like the work we do or the people we serve. These threats have arrived through social media, our general email account, individual attorney's work and personal email accounts, and phone calls. If the authors of these messages had access to our physical address, we would fear that they might attempt to take physical action to further harass staff.

9.    Our work can only be done effectively if our staff and clients feel safe and physically secure at our offices, and we are concerned that, should our office address become publicly disclosed, people who do not like the work we do or the people we serve would come to our offices to try and intimidate us and our clients, or worse.

10.    For these reasons, we believe it is necessary to ensure our physical office address is not disclosed in connection with this lawsuit.

Executed on:    January 11, 2021
                Tucson, Arizona

                                        /s/ _____
                                        Lauren Dasse
                                        Florence Immigrant and Refugee
                                        Rights Project

---

[1] *See* Cydney Henderson, *Here Are the 18 Hate Groups That Operate in Arizona, According to the Southern Poverty Law Center*, The Arizona Republic (Aug. 14, 2017), https://www.azcentral.com/story/news/local/arizona/2017/08/14/z-arizona-hate-groups-southern-poverty-law-center/565819001/; *see also* Anti-Defamation League, *Arizona: The Key Players in the Anti-Immigrant Movement* (2012), *available at* https://www.adl.org/sites/default/files/documents/assets/pdf/civil-rights/immigration/Arizona-anti-immigrant-movement-temp-9-7-12.pdf.

2