IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CATHOLIC LEGAL IMMIGRATION
NETWORK, INC., *et al.*,

    *Plaintiffs*,

v.

EXECUTIVE OFFICE OF IMMIGRATION
REVIEW, *et al.*,

    *Defendants.*

Case No. 21-cv-094

*Document Electronically Filed*

### [PROPOSED] ORDER GRANTING LEAVE TO USE ALTERNATE ADDRESS

Upon consideration of Plaintiff Florence Immigrant and Refugee Rights Project (the "Florence Project"), Motion for Leave to Use Alternate Address, the accompanying memorandum of points of authorities, Plaintiff's Declaration, and all other authorities, evidence, and materials properly before this Court, it is hereby:

**ORDERED** that Plaintiff's Motion is GRANTED; and it is further

**ORDERED** that Plaintiff the Florence Project shall be permitted to proceed in this action using their alternate P.O. Box address rather than the "full residence address" required under Local Civil Rule 5.1(c)(1).

**SO ORDERED** this ___ day of _____ 2021

                                                                    Hon. Richard J. Leon
                                                                    United States District Judge