UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CATHOLIC LEGAL IMMIGRATION
NETWORK INC., et al.

*Plaintiff,*

v.

EXECUTIVE OFFICE FOR IMMIGRATION
REVIEW, et al.

*Defendant.*

Civil Action No. 21-0094 (RJL)

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Assistant United States Attorney April Denise Seabrook as counsel of record for the Defendant in the above-captioned case.

Dated: January 15, 2021

Respectfully submitted,

/s/
April Denise Seabrook, D.C.Bar #993730
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
Phone: (202) 252-2525
Fax: (202) 252-2599
April.Seabrook@usdoj.gov