UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHOLIC LEGAL IMMIGRATION NETWORK, INC., *et al.*,<br><br>　　　　　*Plaintiffs*,<br><br>　v.<br><br>EXECUTIVE OFFICE FOR IMMIGRATION REVIEW, *et al.*,<br><br>　　　　　*Defendants*. | Case No.: 1:21-cv-00094 (RJL) |

**PLAINTIFFS' MOTION TO STAY AGENCY ACTION UNDER 5 U.S.C. § 705 AND/OR FOR A PRELIMINARY INJUNCTION**

　　The Catholic Legal Immigration Network, Inc., Brooklyn Defender Services, Florence Immigrant and Refugee Rights Project, HIAS, and National Immigrant Justice Center (collectively, "Plaintiffs") hereby respectfully request an exercise of this Court's authority under 5 U.S.C. § 705 to stay the December 16, 2020 final rule at issue in this case. *See* Appellate Procedures and Decisional Finality in Immigration Proceedings; Administrative Closure, 85 Fed. Reg. 81,588 (Dec. 16, 2020) (the "Rule"). As detailed in the accompanying Memorandum, the Rule will burden Plaintiffs by impeding their provision of legal services to noncitizens and undermining their shared missions to ensure the overall fairness of immigration removal proceedings. Accordingly, such relief is necessary to prevent irreparable harm to Plaintiffs and is warranted.

　　Additionally, Plaintiffs respectfully submit their request for a preliminary injunction, pursuant to Federal Rule of Civil Procedure 65(a)(1), requiring Defendants the Executive Office for Immigration Review ("EOIR"), the Department of Justice, Jean King, in her

1

official capacity to Acting Director of EOIR, and Monty Wilkinson, in his official capacity as Acting Attorney General of the United States, to enjoin the operation of the Final Rule until Plaintiffs' claims can be resolved.

Pursuant to Local Civil Rule 7(m), Plaintiffs conferred with Defendants about this motion. Defendants represented that they oppose the motion.

Dated: February 1, 2021  Respectfully submitted,

By:  *s/ Jeffrey B. Dubner*

Mary Van Houten Harper**
NATIONAL IMMIGRANT JUSTICE CENTER
1099 New York Ave. NW
Washington, DC 20001
(312) 660-1370
mharper@heartlandalliance.org

Sarah Thompson (D.D.C. Bar No. CA00073)
NATIONAL IMMIGRANT JUSTICE CENTER
PO Box 124975
San Diego, CA 92112
(312) 660-1370
sthompson@heartlandalliance.org

*** *Application for admission pro hac vice forthcoming; Limited to practice before the federal courts pending reinstatement to D.C. Bar*

* *Application for admission pro hac vice forthcoming*

Jeffrey B. Dubner (D.C. Bar No. 1013399)
Benjamin Seel (D.C. Bar No. 1035286)
Sean A. Lev (D.C. Bar. No. 449936)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, DC 20043
(202) 448-9090
jdubner@democracyforward.org
bseel@democracyforward.org
slev@democracyforward.org

Keren Zwick (D.D.C. Bar. No. IL0055)
Mark Fleming*
Tania Linares Garcia
NATIONAL IMMIGRANT JUSTICE CENTER
224 S. Michigan Ave., Suite 600
Chicago, IL 60604
(312) 660-1370
kzwick@heartlandalliance.org
mfleming@heartlandalliance.org
tlinaresgarcia@heartlandalliance.org

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

    I, Jeffrey B. Dubner, hereby certify that on February 1, 2021, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court for the District of Columbia by using the CM/ECF system. Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

Dated:  February 1, 2021                      By: *s/ Jeffrey B. Dubner*
                                                                                Jeffrey B. Dubner
                                                                                DEMOCRACY FORWARD FOUNDATION
                                                                                P.O. Box 34553
                                                                                Washington, DC 20043