# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHOLIC LEGAL IMMIGRATION NETWORK, INC., *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> EXECUTIVE OFFICE FOR IMMIGRATION REVIEW, *et al.*, <br><br> *Defendants*. | Case No.: 1:21-cv-00094 (RJL) |

## **[PROPOSED] ORDER**

Upon finding that (a) Plaintiffs have a likelihood of success on the merits of their claims against the final rule Appellate Procedures and Decisional Finality in Immigration Proceedings; Administrative Closure, 85 Fed. Reg. 81,588 (Dec. 16, 2020) (the "Rule"); (b) Plaintiffs are likely to suffer irreparable harm in the absence of preliminary relief; (c) the balance of equities tips in Plaintiffs' favor; and (d) an injunction is in the public interest, the Court hereby GRANTS Plaintiffs' motion and enjoins the Rule under 5 U.S.C. § 705 to preserve status and rights pending the conclusion of these proceedings.

Dated: _____          _____
                                   The Honorable Richard J. Leon
                                   United States District Judge

1