AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Catholic Legal Immigration Network, Inc.; Brooklyn Defender Services; Florence Immigrant and Refugee Rights Project; HIAS; National Immigrant Justice Center<br><br>*Plaintiff(s)*<br><br>v.<br><br>Executive Office for Immigration Review; Department of Justice; Jeffrey A. Rosen, Department of Justice, in his official capacity; James McHenry, Executive Office for Immigration Review, in his official capacity<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 21-cv-094 -RJL |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* EXECUTIVE OFFICE FOR IMMIGRATION REVIEW, 20 Massachusetts Ave., NW, Washington, D.C. 20529

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Keren Zwick, NATIONAL IMMIGRANT JUSTICE CENTER
224 S. Michigan Ave., Suite 600
Chicago, IL 60604

Jeffrey Dubner, DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: 1/12/2021      /s/ Anson Hopkins
                     *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 21-cv-094

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Executive Office for Immigration Review** was received by me on *(date)* **1/15/2021**.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: Served by U.S. Postal Service Certified Mail on 1/22/2021.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 1/22/2021

*Server's signature*

Mary M. Donnelly, Litigation Coordinator
*Printed name and title*

National Immigrant Justice Center
224 S. Michigan Ave., Suite 600
Chicago, IL 60604
*Server's address*

Additional information regarding attempted service, etc:



**Tracking Number:** 70191120000091132816

Your item was delivered to the front desk, reception area, or mail room at 10:20 am on January 22, 2021 in WASHINGTON, DC 20529.

**Status**

✓ Delivered

January 22, 2021 at 10:20 am
Delivered, Front Desk/Reception/Mail Room
WASHINGTON, DC 20529

Get Updates ⌄

Delivered