## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CATHOLIC LEGAL IMMIGRATION NETWORK, INC., *et al.*,  ) ) ) ) | |
| Plaintiffs, ) ) ) | |
| v. ) ) ) | Civil Action No. 1:21-cv-00094-RJL |
| EXECUTIVE OFFICE FOR IMMIGRATION REVIEW, *et al.*, ) ) ) ) | |
| Defendants. ) ) | |

## NOTICE OF APPERANCE

Undersigned counsel hereby enters her appearance on behalf of Defendants.

Respectfully submitted,

BRIAN BOYNTON
Acting Assistant Attorney General

PAPU SANDHU
Assistant Director

By: /s/ *Christina P. Greer*
CHRISTINA P. GREER
Senior Litigation Counsel
Office of Immigration Litigation
U.S. Department of Justice, Civil Division
450 5th Street NW
Washington, DC 20530
Tel. (202) 598-8770
Christina.P.Greer@usdoj.gov

Dated: February 4, 2021                    *Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 4, 2021, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of for the District of Columbia by using the CM/ECF system. Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

        By: */s/ Christina P. Greer*
            CHRISTINA P. GREER
            Senior Litigation Counsel
            United States Department of Justice
            Civil Division