IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHOLIC LEGAL IMMIGRATION NETWORK, INC. *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>EXECUTIVE OFFICE FOR IMMIGRATION REVIEW, *et al.*,<br><br>　　　　　Defendants. | Civil Action No. 1:21-cv-00094 (RJL) |

**[PROPOSED] ORDER GRANTING MOTION OF ORGANIZATIONS ADVOCATING FOR THE RIGHTS OF SURVIVORS OF DOMESTIC VIOLENCE AND HUMAN TRAFFICKING FOR LEAVE TO FILE AN AMICUS CURIAE BRIEF AND TO ENLARGE THE PAGE LIMIT FOR SUCH BRIEF**

　　Upon the motion of ASISTA Immigration Assistance, Asian Pacific Institute on Gender-Based Violence, Casa de Esparanza, Freedom Network USA, Futures Without Violence, National Alliance to End Sexual Violence, National Coalition Against Domestic Violence, National Domestic Violence Hotline, National Network to End Domestic Violence, and Her Justice, referred to as the "Organizations Advocating For the Rights of Survivors of Domestic Violence and Human Trafficking" for leave to file a brief *amici curiae* in support of the relief sought in Plaintiffs' Motion to Stay Agency Action under 5 U.S.C. § 705 and/or for a Preliminary Injunction, ECF No. 9, and to enlarge the page limit of the brief from 25 to 32 pages, exclusive of caption, tables, and certificates, it appearing to the Court that said organizations bring important perspectives to the Court, that they have an interest in the subject of this action, that they have complied with the local rules regarding such briefs, and that there is good cause for a seven-page enlargement of the page limits for said brief, it is hereby

-2-

      ORDERED, that the motion of Organizations Advocating For the Rights of Survivors of Domestic Violence and Human Trafficking to participate as *amici curiae* is GRANTED, and it is further

      ORDERED, that the page limit of the brief amici curiae of these organizations is enlarged to 32 pages, exclusive of caption, tables, and certificates. The clerk shall docket the brief attached to Amici's motion and exhibit thereto.

      SO ORDERED, this ____ day of February, 2021.

                                                      _____
                                                      Hon. Richard J. Leon
                                                      United States District Judge