# EXHIBIT A

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 1 | **Comments on FR Doc # 2020-18676 (EOIR-2020-0004-0001) (https://beta.regulations.gov/document/EOIR-2020-0004-0001/comment)** | | | | | | |
| 2 | Commenter | Date Posted | Date Received by EOIR | Commenter Specifically Oppose Admin Closure? (Y/N) | Commenter Object to Length of Comment Period? (Y/N) | Link to Comment | Additional Notes |
| 3 | Northwest Immigrant Rights Project | 9/26/2020 | 9/25/2020 | Y | Y | https://beta.regulations.gov/comment/EOIR-2020-0004-0966 | |
| 4 | Victoria Carmona | 9/21/2020 | 9/21/2020 | Y | Y | https://beta.regulations.gov/comment/EOIR-2020-0004-0275 | |
| 5 | Jewish Family and Community Services East Bay | 9/17/2020 | 9/16/2020 | Y | Y | https://beta.regulations.gov/comment/EOIR-2020-0004-0055 | |
| 6 | Aaron Lawee | 9/8/2020 | 9/4/2020 | Y | Y | https://beta.regulations.gov/comment/EOIR-2020-0004-0018 | |
| 7 | Aaron Reichlin-Melnick | 9/28/2020 | 9/25/2020 | Y | Y | https://beta.regulations.gov/comment/EOIR-2020-0004-1212 | Affiliated with American Immigration Council |
| 8 | Adriel Orozco | 9/28/2020 | 9/25/2020 | Y | Y | https://beta.regulations.gov/comment/EOIR-2020-0004-1080 | |
| 9 | Alix Strunk | 9/25/2020 | 9/25/2020 | Y | Y | https://beta.regulations.gov/comment/EOIR-2020-0004-0661 | |
| 10 | Alma Chacon | 9/22/2020 | 9/22/2020 | Y | Y | https://beta.regulations.gov/comment/EOIR-2020-0004-0502 | |
| 11 | American Gateways | 9/26/2020 | 9/25/2020 | Y | Y | https://beta.regulations.gov/comment/EOIR-2020-0004-0960 | |
| 12 | Amy Myers | 9/28/2020 | 9/25/2020 | Y | Y | https://beta.regulations.gov/comment/EOIR-2020-0004-1241 | |
| 13 | Anne Pilsbury | 9/28/2020 | 9/25/2020 | Y | Y | https://beta.regulations.gov/comment/EOIR-2020-0004-1199 | |
| 14 | Annie Hightower (Idaho Coalition Against Sexual & Domestic Violence) | 9/22/2020 | 9/22/2020 | Y | Y | https://beta.regulations.gov/comment/EOIR-2020-0004-0506 | |
| 15 | Anonymous | 11/13/2020 | 9/25/2020 | Y | Y | https://beta.regulations.gov/comment/EOIR-2020-0004-1284 | |
| 16 | Anonymous | 9/28/2020 | 9/25/2020 | Y | Y | https://beta.regulations.gov/comment/EOIR-2020-0004-1181 | Affiliated with Massachusetts Law Reform Institute |
| 17 | Asian Pacific Institute on Gender-Based Violence | 9/25/2020 | 9/25/2020 | Y | Y | https://beta.regulations.gov/comment/EOIR-2020-0004-0669 | |
| 18 | Bernadine Karge (Staff Attorney at Chicago Legal Clinic) | 10/6/2020 | 9/23/2020 | Y | Y | https://beta.regulations.gov/comment/EOIR-2020-0004-1276 | |
| 19 | Bianca Santos | 9/28/2020 | 9/25/2020 | Y | Y | https://beta.regulations.gov/comment/EOIR-2020-0004-1204 | |
| 20 | Brett C. Hoover, Ph.D., Associate Professor of Theology Loyola Marymount University, Los Angeles | 11/12/2020 | 9/23/2020 | Y | Y | https://beta.regulations.gov/comment/EOIR-2020-0004-1280 | |
| 21 | Bridget Crawford | 9/28/2020 | 9/25/2020 | Y | Y | https://beta.regulations.gov/comment/EOIR-2020-0004-1231 | Affiliated with Immigration Equality |

|    | A | B | C | D | E | F | G |
|----|---|---|---|---|---|---|---|
| 22 | Catholic Charities of the Archdiocese of Atlanta, Inc. | 9/25/2020 | 9/24/2020 | Y | Y | https://beta.regulations.gov/comment/EOIR-2020-0004-0639 | |
| 23 | Catholic Legal Immigration Network, Inc. | 9/26/2020 | 9/25/2020 | Y | Y | https://beta.regulations.gov/comment/EOIR-2020-0004-0950 | |
| 24 | Cecelia Levin | 9/28/2020 | 9/25/2020 | Y | Y | https://beta.regulations.gov/comment/EOIR-2020-0004-1268 | Affiliated with ASISTA |
| 25 | Christine Smith | 9/23/2020 | 9/22/2020 | Y | Y | https://beta.regulations.gov/comment/EOIR-2020-0004-0576 | |
| 26 | Community Legal Services in East Palo Alto | 9/25/2020 | 9/24/2020 | Y | Y | https://beta.regulations.gov/community/EOIR-2020-0004-0641 | |
| 27 | Corrylee Drozda | 9/28/2020 | 9/25/2020 | Y | Y | https://beta.regulations.gov/comment/EOIR-2020-0004-1183 | Affiliated with the Legal Aid Society of Cleveland |
| 28 | David Gottlieb | 9/28/2020 | 9/25/2020 | Y | Y | https://beta.regulations.gov/comment/EOIR-2020-0004-1225 | |
| 29 | Dexter Johnson | 9/28/2020 | 9/25/2020 | Y | Y | https://beta.regulations.gov/dexter/EOIR-2020-0004-1188 | |
| 30 | Diego Bonesatti | 9/28/2020 | 9/25/2020 | Y | Y | https://beta.regulations.gov/comment/EOIR-2020-0004-1088 | Affiliated with Michigan United |
| 31 | Division Immigrant and Refugee Services for Catholic Charities Community Services, Archdiocese of New York | 9/26/2020 | 9/25/2020 | Y | Y | https://beta.regulations.gov/comment/EOIR-2020-0004-0962 | |
| 32 | Donna Greco | 9/28/2020 | 9/25/2020 | Y | Y | https://beta.regulations.gov/comment/EOIR-2020-0004-1131 | Affiliated with PA Coalition Against Rape and National Sexual Violence Resource Center |
| 33 | Doug Smith, The Right to Immigration Institute | 9/24/2020 | 9/16/2020 | Y | Y | https://beta.regulations.gov/comment/EOIR-2020-0004-0595 | |
| 34 | Eduardo Roman | 9/22/2020 | 9/22/2020 | Y | Y | https://beta.regulations.gov/comment/EOIR-2020-0004-0482 | |
| 35 | Elissa Steglich | 9/28/2020 | 9/25/2020 | Y | Y | https://beta.regulations.gov/comment/EOIR-2020-0004-1094 | Affiliated with the University of Texas-Austin |
| 36 | Elizabeth Keyes, Esq. Associate Professor at University of Baltimore School of Law | 9/26/2020 | 9/25/2020 | Y | Y | https://beta.regulations.gov/comment/EOIR-2020-0004-0951 | |
| 37 | Emily Abraham (Social Justice Collaborative) | 9/9/2020 | 9/8/2020 | Y | Y | https://beta.regulations.gov/comment/EOIR-2020-0004-0023 | |
| 38 | Emily Leung | 9/28/2020 | 9/25/2020 | Y | Y | https://beta.regulations.gov/comment/EOIR-2020-0004-1168 | |
| 39 | Erica Schommer | 9/28/2020 | 9/25/2020 | Y | Y | https://beta.regulations.gov/comment/EOIR-2020-0004-1139 | |
| 40 | Erika Kreider | 9/4/2020 | 9/3/2020 | Y | Y | https://beta.regulations.gov/comment/EOIR-2020-0004-0011 | |

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 41 | Estelle McKee | 9/28/2020 | 9/25/2020 | Y | Y | https://beta.regulations.gov/comment/EOIR-2020-0004-1087 | Affiliated with Cornell Asylum and Convention Against Torture Appellate Clinic |
| 42 | Evangelina Alvarez, Michigan Immigrant Rights Center | 9/24/2020 | 9/24/2020 | Y | Y | https://beta.regulations.gov/comment/EOIR-2020-0004-0633 | |
| 43 | Evangeline Chan | 9/28/2020 | 9/25/2020 | Y | Y | https://beta.regulations.gov/comment/EOIR-2020-0004-1270 | Affiliated with Safe Horizon |
| 44 | Florence Immigrant and Refugee Rights Project | 9/24/2020 | 9/24/2020 | Y | Y | https://beta.regulations.gov/comment/EOIR-2020-0004-0632 | |
| 45 | Francis Kreimer | 9/28/2020 | 9/25/2020 | Y | Y | https://beta.regulations.gov/comment/EOIR-2020-0004-1104 | Personal capacity and on behalf of Villanova Law clinic |
| 46 | General Counsel at Justice at Work (formerly Friends of Farmworkers, Inc.) | 9/26/2020 | 9/25/2020 | Y | Y | https://beta.regulations.gov/comment/EOIR-2020-0004-0955 | |
| 47 | Grace Chisholm | 9/28/2020 | 9/25/2020 | Y | Y | https://beta.regulations.gov/comment/EOIR-2020-0004-1171 | |
| 48 | Haley Millner | 9/8/2020 | 9/4/2020 | Y | Y | https://beta.regulations.gov/comment/EOIR-2020-0004-0017 | |
| 49 | Hannah Vickner Hough | 9/28/2020 | 9/25/2020 | Y | Y | https://beta.regulations.gov/comment/EOIR-2020-0004-1172 | Affiliated with World Relief |
| 50 | Helen Lawrence, Law Office of Helen Lawrence | 9/14/2020 | 9/11/2020 | Y | Y | https://beta.regulations.gov/comment/EOIR-2020-0004-0031 | |
| 51 | Human Rights First | 9/26/2020 | 9/25/2020 | Y | Y | https://beta.regulations.gov/comment/EOIR-2020-0004-0958 | |
| 52 | Ian Henderson, Wisconsin Coalition Against Sexual Assault | 9/25/2020 | 9/25/2020 | Y | Y | https://beta.regulations.gov/comment/EOIR-2020-0004-0946 | |
| 53 | Ilyce Shugall, Round Table of Former Immigration Judges | 9/25/2020 | 9/24/2020 | Y | Y | https://beta.regulations.gov/comment/EOIR-2020-0004-0650 | |

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 54 | Immigrant Justice Network (on behalf of 4 of its members: Immigrant Legal Resource Center, Immigrant Defense Project, Just Futures Law, and the National Immigration Project of the National Lawyers Guild) | 9/26/2020 | 9/25/2020 | Y | Y | https://beta.regulations.gov/comment/EOIR-2020-0004-0972 | |
| 55 | Innovation Law Lab | 9/26/2020 | 9/25/2020 | Y | Y | https://beta.regulations.gov/comment/EOIR-2020-0004-0959 | |
| 56 | Jacob Frey | 9/28/2020 | 9/25/2020 | Y | Y | https://beta.regulations.gov/comment/EOIR-2020-0004-1240 | Mayor of Minneapolis |
| 57 | Jay Martin Steinman | 9/23/2020 | 9/22/2020 | Y | Y | https://beta.regulations.gov/comment/EOIR-2020-0004-0520 | |
| 58 | Jessica Jenkins | 9/28/2020 | 9/25/2020 | Y | Y | https://beta.regulations.gov/comment/EOIR-2020-0004-1101 | Affiliated with Bay Area Legal Aid |
| 59 | Joanne Sylvester | 9/28/2020 | 9/25/2020 | Y | Y | https://beta.regulations.gov/comment/EOIR-2020-0004-1161 | |
| 60 | John Flanagan | 9/28/2020 | 9/25/2020 | Y | Y | https://beta.regulations.gov/comment/EOIR-2020-0004-1227 | |
| 61 | John Giammatteo | 9/28/2020 | 9/25/2020 | Y | Y | https://beta.regulations.gov/comment/EOIR-2020-0004-1252 | Affiliated with Lutheran Social Services of New York, Immigration Legal Program |
| 62 | Jones Day | 9/28/2020 | 9/25/2020 | Y | Y | https://beta.regulations.gov/comment/EOIR-2020-0004-1140 | |
| 63 | Joseph Moravec | 9/28/2020 | 9/25/2020 | Y | Y | https://beta.regulations.gov/comment/EOIR-2020-0004-1182 | Affiliated with FIRN, Inc. |
| 64 | Julia Brown | 9/28/2020 | 9/25/2020 | Y | Y | https://beta.regulations.gov/comment/EOIR-2020-0004-1229 | Affiliated with Immigrant Legal Advocacy Project |
| 65 | Kaci Bishop | 9/25/2020 | 9/25/2020 | Y | Y | https://beta.regulations.gov/comment/EOIR-2020-0004-0672 | |
| 66 | Kate Mahoney | 9/28/2020 | 9/25/2020 | Y | Y | https://beta.regulations.gov/comment/EOIR-2020-0004-1100 | Affilaited with Dolores Street Community Services |
| 67 | Lauren McClure | 9/15/2020 | 9/14/2020 | Y | Y | https://beta.regulations.gov/comment/EOIR-2020-0004-0034 | |
| 68 | Lauren Reiff, New York Legal Assistance Group | 9/24/2020 | 9/24/2020 | Y | Y | https://beta.regulations.gov/comment/EOIR-2020-0004-0630 | |
| 69 | Laurie Ball Cooper, Ayuda | 9/25/2020 | 9/24/2020 | Y | Y | https://beta.regulations.gov/comment/EOIR-2020-0004-0662 | |
| 70 | Lindsay Harris | 9/18/2020 | 9/18/2020 | Y | Y | https://beta.regulations.gov/comment/EOIR-2020-0004-0209 | |
| 71 | LSU Law Immigration Clinic | 9/28/2020 | 9/25/2020 | Y | Y | https://beta.regulations.gov/comment/EOIR-2020-0004-1235 | |
| 72 | Lynn Marcus | 9/28/2020 | 9/25/2020 | Y | Y | https://beta.regulations.gov/comment/EOIR-2020-0004-1269 | |
| 73 | Mariel Villarreal | 9/28/2020 | 9/25/2020 | Y | Y | https://beta.regulations.gov/comment/EOIR-2020-0004-1093 | |
| 74 | Marios Fellouka | 9/8/2020 | 9/4/2020 | Y | Y | https://beta.regulations.gov/comment/EOIR-2020-0004-0016 | |
| 75 | Marta M. Diaz | 9/28/2020 | 9/25/2020 | Y | Y | https://beta.regulations.gov/comment/EOIR-2020-0004-1135 | |
| 76 | Marti Jones | 9/28/2020 | 9/25/2020 | Y | Y | https://beta.regulations.gov/comment/EOIR-2020-0004-1264 | Affiliated with Stowell, Crayk & Bown |

|    | A | B | C | D | E | F | G |
|----|---|---|---|---|---|---|---|
| 77 | Mason & Black LLP | 9/10/2020 | 9/9/2020 | Y | Y | https://beta.regulations.gov/comment/EOIR-2020-0004-0026 | |
| 78 | Megan Sprecher | 9/28/2020 | 9/25/2020 | Y | Y | https://beta.regulations.gov/comment/EOIR-2020-0004-1141 | Affiliated with End Domestic Abuse Wisconsin |
| 79 | Melinda Bonacore | 9/28/2020 | 9/25/2020 | Y | Y | https://beta.regulations.gov/comment/EOIR-2020-0004-1102 | Affiliated with Northeast Justice Center |
| 80 | Michelle Carey | 9/28/2020 | 9/25/2020 | Y | Y | https://beta.regulations.gov/comment/EOIR-2020-0004-1143 | Affiliated with Los Angeles Center for Law and Justice |
| 81 | Michigan State University College of Law Immigration Law Clinic | 9/25/2020 | 9/25/2020 | Y | Y | https://beta.regulations.gov/comment/EOIR-2020-0004-0948 | |
| 82 | Milli Atkinson | 9/28/2020 | 9/25/2020 | Y | Y | https://beta.regulations.gov/comment/EOIR-2020-0004-1242 | Affiliated with Justice & Diversity Center of the Bar Association of San Francisco |
| 83 | Naomi Steinberg, HIAS | 9/25/2020 | 9/24/2020 | Y | Y | https://beta.regulations.gov/comment/EOIR-2020-0004-0643 | |
| 84 | Nary Rath | 9/28/2020 | 9/25/2020 | Y | Y | https://beta.regulations.gov/comment/EOIR-2020-0004-1178 | Affliated with Southeast Asia Resource Action Center |
| 85 | National Alliance to End Sexual Violence | 9/22/2020 | 9/22/2020 | Y | Y | https://beta.regulations.gov/comment/EOIR-2020-0004-0487 | |
| 86 | National Coalition Against Domestic Violence | 9/24/2020 | 9/24/2020 | Y | Y | https://beta.regulations.gov/comment/EOIR-2020-0004-0625 | |
| 87 | National Immigrant Justice Center | 9/26/2020 | 9/25/2020 | Y | Y | https://beta.regulations.gov/comment/EOIR-2020-0004-0971 | |
| 88 | New Sanctuary Coalition | 9/26/2020 | 9/25/2020 | Y | Y | https://beta.regulations.gov/comment/EOIR-2020-0004-0970 | |
| 89 | Nicole Minnis | 9/28/2020 | 9/25/2020 | Y | Y | https://beta.regulations.gov/comment/EOIR-2020-0004-1203 | Affiliated with Depaul Asylum and Immigration Law Clinic |
| 90 | Nicole Weitnauer | 9/4/2020 | 9/4/2020 | Y | Y | https://beta.regulations.gov/comment/EOIR-2020-0004-0015 | |
| 91 | North Suburban Legal Aid Clinic | 9/18/2020 | 9/17/2020 | Y | Y | https://beta.regulations.gov/comment/EOIR-2020-0004-0101 | |
| 92 | Pablo Jimenez, The Justice Center at Albany Law School | 9/24/2020 | 9/23/2020 | Y | Y | https://beta.regulations.gov/comment/EOIR-2020-0004-0585 | |
| 93 | Pangea Legal Services | 9/28/2020 | 9/25/2020 | Y | Y | https://beta.regulations.gov/comment/EOIR-2020-0004-1173 | |
| 94 | Pilar Ferguson | 9/28/2020 | 9/25/2020 | Y | Y | https://beta.regulations.gov/comment/EOIR-2020-0004-1160 | |
| 95 | Progreso Latino | 9/22/2020 | 9/22/2020 | Y | Y | https://beta.regulations.gov/comment/EOIR-2020-0004-0492 | |
| 96 | Rachel Wilson | 9/11/2020 | 9/10/2020 | Y | Y | https://beta.regulations.gov/comment/EOIR-2020-0004-0028 | |
| 97 | Rafael Carbajal | 9/28/2020 | 9/25/2020 | Y | Y | https://beta.regulations.gov/comment/EOIR-2020-0004-1103 | Affiliated with County of Los Angeles Department of Consumer and Business Affairs |

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 98 | Rafael Carbajal | 9/28/2020 | 9/25/2020 | Y | Y | https://beta.regulations.gov/comment/EOIR-2020-0004-1147 | Affiliated with County of Los Angeles Department of Consumer and Business Affairs |
| 99 | Ravi Ragbir | 9/28/2020 | 9/25/2020 | Y | Y | https://beta.regulations.gov/comment/EOIR-2020-0004-1169 | Affiliated with New Sanctuary Coalition |
| 100 | Rebecca Rojas | 9/17/2020 | 9/16/2020 | Y | Y | https://beta.regulations.gov/comment/EOIR-2020-0004-0043 | |
| 101 | Richard Mancino | 9/28/2020 | 9/25/2020 | Y | Y | https://beta.regulations.gov/comment/EOIR-2020-0004-1166 | Affiliated with Willkie Farr & Gallagher LLP |
| 102 | Robin Goldfaden | 9/28/2020 | 9/25/2020 | Y | Y | https://beta.regulations.gov/comment/EOIR-2020-0004-1239 | Affilaited with National Immigration Law Center |
| 103 | Rosa Beltre | 9/28/2020 | 9/25/2020 | Y | Y | https://beta.regulations.gov/comment/EOIR-2020-0004-1175 | |
| 104 | Rosemarie Hidalgo | 9/28/2020 | 9/25/2020 | Y | Y | https://beta.regulations.gov/rosemarie/comment/EOIR-2020-0004-1214 | Affiliated with Casa de Esperanza |
| 105 | Sarah Deri Oshiro | 9/28/2020 | 9/25/2020 | Y | Y | https://beta.regulations.gov/comment/EOIR-2020-0004-1218 | Affiliated with the Bronx Defenders |
| 106 | Sonia Marquez | 9/28/2020 | 9/25/2020 | Y | Y | https://beta.regulations.gov/comment/EOIR-2020-0004-1261 | Affiliated with Brooklyn Defender Service |
| 107 | Sophia Smith, Tahirih Justic Center | 9/24/2020 | 9/24/2020 | Y | Y | https://beta.regulations.gov/comment/EOIR-2020-0004-0627 | |
| 108 | Southern Poverty Law Center | 9/26/2020 | 9/25/2020 | Y | Y | https://beta.regulations.gov/comment/EOIR-2020-0004-0968 | |
| 109 | Stephen O'Connor | 9/28/2020 | 9/25/2020 | Y | Y | https://beta.regulations.gov/comment/EOIR-2020-0004-1159 | |
| 110 | Susan Marks | 9/28/2020 | 9/25/2020 | Y | Y | https://beta.regulations.gov/comment/EOIR-2020-0004-1208 | |
| 111 | Sutton Freedman | 9/21/2020 | 9/21/2020 | Y | Y | https://beta.regulations.gov/comment/EOIR-2020-0004-0244 | |
| 112 | Tamara Jezic | 9/28/2020 | 9/25/2020 | Y | Y | https://beta.regulations.gov/comment/EOIR-2020-0004-1148 | |
| 113 | Tania Valdez | 9/28/2020 | 9/25/2020 | Y | Y | https://beta.regulations.gov/comment/EOIR-2020-0004-1219 | Affiliated with University of Denver Sturm College of Law |
| 114 | Tessa Pulaski | 9/22/2020 | 9/23/2020 | Y | Y | https://beta.regulations.gov/comment/EOIR-2020-0004-0491 | |
| 115 | The American Immigration Lawyers Association (AILA) and the American Immigration Council (Council), through their joint initiative, the Immigration Justice Campaign (Justice Campaign) | 9/26/2020 | 9/25/2020 | Y | Y | https://beta.regulations.gov/comment/EOIR-2020-0004-0969 | |
| 116 | The Legal Project | 9/24/2020 | 9/24/2020 | Y | Y | https://beta.regulations.gov/comment/EOIR-2020-0004-0635 | |
| 117 | The Tahirih Justice Center | 9/26/2020 | 9/25/2020 | Y | Y | https://beta.regulations.gov/comment/EOIR-2020-0004-0952 | |
| 118 | The Young Center for Immigrant Children's Rights | 9/26/2020 | 9/25/2020 | Y | Y | https://beta.regulations.gov/comment/EOIR-2020-0004-0957 | |

|     | A | B | C | D | E | F | G |
|-----|---|---|---|---|---|---|---|
| 119 | Tiano Biszko (Catholic Social Services of Fall River) | 9/22/2020 | 9/22/2020 | Y | Y | https://beta.regulations.gov/comment/EOIR-2020-0004-0493 | |
| 120 | Tori Bateman | 9/28/2020 | 9/25/2020 | Y | Y | https://beta.regulations.gov/comment/EOIR-2020-0004-1136 | Affiliated with American Friends Service Committee |
| 121 | Veena Iyer | 9/28/2020 | 9/25/2020 | Y | Y | https://beta.regulations.gov/comment/EOIR-2020-0004-1177 | Affiliated with Immigrant Law Center of Minnesota |
| 122 | Victoria Gass, Senior Policy Advisor Oxfam America | 9/25/2020 | 9/25/2020 | Y | Y | https://beta.regulations.gov/comment/EOIR-2020-0004-0949 | |
| 123 | Yessica Yi | 9/28/2020 | 9/25/2020 | Y | Y | https://beta.regulations.gov/comment/EOIR-2020-0004-1254 | |
| 124 | Sondra Miller-Wein, Esq. | 9/25/2020 | 9/24/2020 | Y | Y | https://beta.regulations.gov/comment/EOIR-2020-0004-0647 | |
| 125 | Vanessa Milbradt | 9/22/2020 | 9/22/2020 | Y | N | https://beta.regulations.gov/comment/EOIR-2020-0004-0486 | |
| 126 | Anonymous | 9/25/2020 | 9/24/2020 | Y | N | https://beta.regulations.gov/comment/EOIR-2020-0004-0652 | |
| 127 | Alex Carlson | 9/22/2020 | 9/21/2020 | Y | N | https://beta.regulations.gov/comment/EOIR-2020-0004-0456 | |
| 128 | American Bar Association | 9/26/2020 | 9/25/2020 | Y | N | https://beta.regulations.gov/comment/EOIR-2020-0004-0963 | |
| 129 | Amy E | 9/21/2020 | 9/21/2020 | Y | N | https://beta.regulations.gov/comment/EOIR-2020-0004-0262 | |
| 130 | Anne Jasperson | 9/23/2020 | 9/22/2020 | Y | N | https://beta.regulations.gov/comment/EOIR-2020-0004-0573 | |
| 131 | Anne Parker | 9/22/2020 | 9/21/2020 | Y | N | https://beta.regulations.gov/comment/EOIR-2020-0004-0421 | |
| 132 | Anonymous | 9/22/2020 | 9/22/2020 | Y | N | https://beta.regulations.gov/comment/EOIR-2020-0004-0480 | |
| 133 | Anonymous | 9/22/2020 | 9/21/2020 | Y | N | https://beta.regulations.gov/comment/EOIR-2020-0004-0404 | |
| 134 | Anonymous | 9/25/2020 | 9/25/2020 | Y | N | https://beta.regulations.gov/comment/EOIR-2020-0004-0932 | |
| 135 | Anonymous Anonymous | 9/23/2020 | 9/22/2020 | Y | N | https://beta.regulations.gov/comment/EOIR-2020-0004-0560 | |
| 136 | Anonymous Anonymous | 9/24/2020 | 9/24/2020 | Y | N | https://beta.regulations.gov/comment/EOIR-2020-0004-0628 | |
| 137 | Anonymous Anonymous | 9/24/2020 | 9/23/2020 | Y | N | https://beta.regulations.gov/comment/EOIR-2020-0004-0586 | |
| 138 | Anonymous Anonymous | 9/28/2020 | 9/25/2020 | Y | N | https://beta.regulations.gov/comment/EOIR-2020-0004-1179 | |
| 139 | Anonymous Anonymous | 9/28/2020 | 9/25/2020 | Y | N | https://beta.regulations.gov/comment/EOIR-2020-0004-1176 | |
| 140 | Anonymous Anonymous | 9/28/2020 | 9/25/2020 | Y | N | https://beta.regulations.gov/comment/EOIR-2020-0004-1076 | |
| 141 | Association of Pro Bono Counsel | 9/28/2020 | 9/25/2020 | Y | N | https://beta.regulations.gov/comment/EOIR-2020-0004-1190 | |
| 142 | Benjamin Nicla | 9/23/2020 | 9/22/2020 | Y | N | https://beta.regulations.gov/comment/EOIR-2020-0004-0524 | |
| 143 | Beth Rademacher | 9/22/2020 | 9/22/2020 | Y | N | https://beta.regulations.gov/comment/EOIR-2020-0004-0489 | |
| 144 | Blanca Sanchez | 9/22/2020 | 9/21/2020 | Y | N | https://beta.regulations.gov/comment/EOIR-2020-0004-0408 | |
| 145 | Born Andraised | 9/25/2020 | 9/25/2020 | Y | N | https://beta.regulations.gov/comment/EOIR-2020-0004-0930 | |
| 146 | Brianda cediel | 9/23/2020 | 9/21/2020 | Y | N | https://beta.regulations.gov/comment/EOIR-2020-0004-0509 | |
| 147 | Bruno Huizar | 9/28/2020 | 9/25/2020 | Y | N | https://beta.regulations.gov/comment/EOIR-2020-0004-1262 | |
| 148 | C Perez | 9/24/2020 | 9/24/2020 | Y | N | https://beta.regulations.gov/comment/EOIR-2020-0004-0624 | |
| 149 | Calleigh McRaith | 9/23/2020 | 9/22/2020 | Y | N | https://beta.regulations.gov/comment/EOIR-2020-0004-0527 | |
| 150 | Caroline Moore | 9/22/2020 | 9/21/2020 | Y | N | https://beta.regulations.gov/comment/EOIR-2020-0004-0405 | |
| 151 | Carrie H. Peltier | 9/23/2020 | 9/22/2020 | Y | N | https://beta.regulations.gov/comment/EOIR-2020-0004-0528 | |
| 152 | Carrie Marsh | 9/22/2020 | 9/22/2020 | Y | N | https://beta.regulations.gov/comment/EOIR-2020-0004-0429 | |

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 153 | Cecelia Erickson | 9/28/2020 | 9/25/2020 | Y | N | https://beta.regulations.gov/comment/EOIR-2020-0004-1126 | |
| 154 | Celine DinhJanelle | 9/28/2020 | 9/25/2020 | Y | N | https://beta.regulations.gov/comment/EOIR-2020-0004-1213 | |
| 155 | Chelsea Naylor | 9/24/2020 | 9/24/2020 | Y | N | https://beta.regulations.gov/comment/EOIR-2020-0004-0629 | |
| 156 | Chelsea Norton | 9/24/2020 | 9/23/2020 | Y | N | https://beta.regulations.gov/comment/EOIR-2020-0004-0581 | |
| 157 | Cheryl Behrent | 9/22/2020 | 9/22/2020 | Y | N | https://beta.regulations.gov/comment/EOIR-2020-0004-0432 | |
| 158 | City of New York | 9/28/2020 | 9/25/2020 | Y | N | https://beta.regulations.gov/comment/EOIR-2020-0004-1186 | |
| 159 | Claudia Canizares | 9/21/2020 | 9/21/2020 | Y | N | https://beta.regulations.gov/comment/EOIR-2020-0004-0245 | |
| 160 | Craig Mousin | 9/28/2020 | 9/25/2020 | Y | N | https://beta.regulations.gov/comment/EOIR-2020-0004-1258 | |
| 161 | Daniel Brown | 9/22/2020 | 9/21/2020 | Y | N | https://beta.regulations.gov/comment/EOIR-2020-0004-0410 | |
| 162 | Danielle Korby | 9/25/2020 | 9/25/2020 | Y | N | https://beta.regulations.gov/comment/EOIR-2020-0004-0667 | |
| 163 | David Asser | 9/22/2020 | 9/21/2020 | Y | N | https://beta.regulations.gov/comment/EOIR-2020-0004-0449 | |
| 164 | David Asser | 9/24/2020 | 9/22/2020 | Y | N | https://beta.regulations.gov/comment/EOIR-2020-0004-0594 | |
| 165 | David Moore | 9/22/2020 | 9/21/2020 | Y | N | https://beta.regulations.gov/comment/EOIR-2020-0004-0406 | |
| 166 | Dorene King | 9/25/2020 | 9/25/2020 | Y | N | https://beta.regulations.gov/comment/EOIR-2020-0004-0931 | |
| 167 | Gloria Leticia Edin | 9/28/2020 | 9/25/2020 | Y | N | https://beta.regulations.gov/comment/EOIR-2020-0004-1180 | Affiliated with Contreras & Metelska, PA |
| 168 | Graham Ojala-Barbour | 9/23/2020 | 9/22/2020 | Y | N | https://beta.regulations.gov/comment/EOIR-2020-0004-0526 | |
| 169 | Grengs Law Office | 9/22/2020 | 9/22/2020 | Y | N | https://beta.regulations.gov/comment/EOIR-2020-0004-0484 | |
| 170 | Haddy Rikabi, Esq. | 9/16/2020 | 9/15/2020 | Y | N | https://beta.regulations.gov/comment/EOIR-2020-0004-0040 | Noted administrative closure useful when U visa applicant assisting law enforcement |
| 171 | Harvard Immigration & Refugee Clinical Program and Harvard Law School Immigration Project | 9/28/2020 | 9/25/2020 | Y | N | https://beta.regulations.gov/comment/EOIR-2020-0004-1174 | |
| 172 | Jacqueline Oliver | 9/25/2020 | 9/24/2020 | Y | N | https://beta.regulations.gov/comment/EOIR-2020-0004-0649 | |
| 173 | Jaime Ballard | 9/24/2020 | 9/24/2020 | Y | N | https://beta.regulations.gov/comment/EOIR-2020-0004-0636 | |
| 174 | Jane Freeman | 9/22/2020 | 9/21/2020 | Y | N | https://beta.regulations.gov/comment/EOIR-2020-0004-0411 | |
| 175 | Jean Bruggeman | 9/28/2020 | 9/25/2020 | Y | N | https://beta.regulations.gov/comment/EOIR-2020-0004-1202 | Affiliated with Freedom Network USA |
| 176 | Jean Hartman | 9/22/2020 | 9/21/2020 | Y | N | https://beta.regulations.gov/comment/EOIR-2020-0004-0409 | |
| 177 | Jean Schroepfer | 9/21/2020 | 9/21/2020 | Y | N | https://beta.regulations.gov/comment/EOIR-2020-0004-0259 | |
| 178 | Jnana Hand | 9/22/2020 | 9/22/2020 | Y | N | https://beta.regulations.gov/comment/EOIR-2020-0004-0479 | |
| 179 | Joe Maccani | 9/23/2020 | 9/22/2020 | Y | N | https://beta.regulations.gov/comment/EOIR-2020-0004-0515 | |
| 180 | Jon Tao | 9/28/2020 | 9/25/2020 | Y | N | https://beta.regulations.gov/comment/EOIR-2020-0004-1209 | |
| 181 | Joy Nelson | 9/22/2020 | 9/21/2020 | Y | N | https://beta.regulations.gov/comment/EOIR-2020-0004-0459 | |
| 182 | Karin Anderson Ponzer | 9/28/2020 | 9/25/2020 | Y | N | https://beta.regulations.gov/comment/EOIR-2020-0004-1092 | Affiliated with Neighbors Link Community Law Practice |
| 183 | Kathleen | 9/25/2020 | 9/25/2020 | Y | N | https://beta.regulations.gov/comment/EOIR-2020-0004-0792 | |
| 184 | Kathryn Iverson | 9/23/2020 | 9/22/2020 | Y | N | https://beta.regulations.gov/comment/EOIR-2020-0004-0508 | |
| 185 | Kenneth Wendinger | 9/22/2020 | 9/21/2020 | Y | N | https://beta.regulations.gov/comment/EOIR-2020-0004-0413 | |
| 186 | Kids in Need of Defense (KIND) | 9/26/2020 | 9/25/2020 | Y | N | https://beta.regulations.gov/comment/EOIR-2020-0004-0964 | |

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 187 | Lauren Anonymous | 9/23/2020 | 9/22/2020 | Y | N | https://beta.regulations.gov/comment/EOIR-2020-0004-0514 | |
| 188 | Law Office of Linette Tobin | 9/22/2020 | 9/22/2020 | Y | N | https://beta.regulations.gov/comment/EOIR-2020-0004-0495 | |
| 189 | Lucas Nevin | 9/22/2020 | 9/21/2020 | Y | N | https://beta.regulations.gov/comment/EOIR-2020-0004-0402 | |
| 190 | Lydia Sinkus | 9/11/2020 | 9/10/2020 | Y | N | https://beta.regulations.gov/comment/EOIR-2020-0004-0027 | |
| 191 | Lyndsey Kenefick | 9/22/2020 | 9/22/2020 | Y | N | https://beta.regulations.gov/comment/EOIR-2020-0004-0499 | |
| 192 | Maggie Arias | 9/25/2020 | 9/25/2020 | Y | N | https://beta.regulations.gov/comment/EOIR-2020-0004-0675 | |
| 193 | Make the Road New York | 9/25/2020 | 9/25/2020 | Y | N | https://beta.regulations.gov/comment/EOIR-2020-0004-0795 | |
| 194 | Marlene Dougherty | 9/21/2020 | 9/21/2020 | Y | N | https://beta.regulations.gov/comment/EOIR-2020-0004-0241 | |
| 195 | Mary Faist | 9/22/2020 | 9/22/2020 | Y | N | https://beta.regulations.gov/comment/EOIR-2020-0004-0500 | |
| 196 | Mary Savage | 9/28/2020 | 9/25/2020 | Y | N | https://beta.regulations.gov/comment/EOIR-2020-0004-1125 | Affiliated with Kentucky Coalition Against Domestic Violence |
| 197 | Maurice Menzel | 9/23/2020 | 9/21/2020 | Y | N | https://beta.regulations.gov/comment/EOIR-2020-0004-0507 | |
| 198 | Mercedes Rodriguez | 9/28/2020 | 9/25/2020 | Y | N | https://beta.regulations.gov/comment/EOIR-2020-0004-1142 | Affiliated with Michigan Immigrant Rights Center |
| 199 | Migrant Center for Human Rights | 9/28/2020 | 9/25/2020 | Y | N | https://beta.regulations.gov/comment/EOIR-2020-0004-1272 | |
| 200 | Mike LaFrance | 9/21/2020 | 9/21/2020 | Y | N | https://beta.regulations.gov/comment/EOIR-2020-0004-0242 | |
| 201 | Miriam Abaya, First Focus on Children | 9/25/2020 | 9/25/2020 | Y | N | https://beta.regulations.gov/comment/EOIR-2020-0004-0714 | |
| 202 | Monica McLaughlin | 9/28/2020 | 9/25/2020 | Y | N | https://beta.regulations.gov/comment/EOIR-2020-0004-1170 | |
| 203 | Monica Nevin | 9/22/2020 | 9/21/2020 | Y | N | https://beta.regulations.gov/comment/EOIR-2020-0004-0401 | |
| 204 | monica nevin | 9/23/2020 | 9/22/2020 | Y | N | https://beta.regulations.gov/comment/EOIR-2020-0004-0519 | |
| 205 | N/A | 9/8/2020 | 9/7/2020 | Y | N | https://beta.regulations.gov/comment/EOIR-2020-0004-0022 | |
| 206 | Natalie Petrucci (Rocky Mountain Immigrant Advocacy Network) | 9/22/2020 | 9/22/2020 | Y | N | https://beta.regulations.gov/comment/EOIR-2020-0004-0425 | |
| 207 | National Association of Immigration Judges | 9/26/2020 | 9/25/2020 | Y | N | https://beta.regulations.gov/comment/EOIR-2020-0004-0953 | |
| 208 | National Immigration Forum | 9/23/2020 | 9/22/2020 | Y | N | https://beta.regulations.gov/comment/EOIR-2020-0004-0574 | |
| 209 | Nicholas Ratkowski | 9/22/2020 | 9/22/2020 | Y | N | https://beta.regulations.gov/comment/EOIR-2020-0004-0395 | |
| 210 | Noella Poinsette | 9/21/2020 | 9/21/2020 | Y | N | https://beta.regulations.gov/comment/EOIR-2020-0004-0246 | |
| 211 | Omeed Firouzi | 9/28/2020 | 9/25/2020 | Y | N | https://beta.regulations.gov/comment/EOIR-2020-0004-1128 | |
| 212 | Patricia Goodfield | 9/25/2020 | 9/25/2020 | Y | N | https://beta.regulations.gov/comment/EOIR-2020-0004-0788 | |
| 213 | Patricia Klucas | 9/21/2020 | 9/21/2020 | Y | N | https://beta.regulations.gov/comment/EOIR-2020-0004-0251 | |
| 214 | Patrick Leung | 9/23/2020 | 9/22/2020 | Y | N | https://beta.regulations.gov/comment/EOIR-2020-0004-0575 | |
| 215 | Pauline Cragun | 9/22/2020 | 9/22/2020 | Y | N | https://beta.regulations.gov/comment/EOIR-2020-0004-0497 | |
| 216 | PB Green | 9/28/2020 | 9/25/2020 | Y | N | https://beta.regulations.gov/comment/EOIR-2020-0004-1265 | |
| 217 | Phyllis Skinner | 9/23/2020 | 9/21/2020 | Y | N | https://beta.regulations.gov/comment/EOIR-2020-0004-0512 | |
| 218 | Rachael Freed | 9/25/2020 | 9/24/2020 | Y | N | https://beta.regulations.gov/comment/EOIR-2020-0004-0644 | |

|  | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 219 | Raul Pinto | 9/28/2020 | 9/25/2020 | Y | N | https://beta.regulations.gov/comment/EOIR-2020-0004-1124 | Affiliated with North Carolina Justice Center |
| 220 | Refugee and Immigrant Center for Education and Legal Services | 9/26/2020 | 9/25/2020 | Y | N | https://beta.regulations.gov/comment/EOIR-2020-0004-0956 | |
| 221 | Renee Armstrong | 9/21/2020 | 9/21/2020 | Y | N | https://beta.regulations.gov/comment/EOIR-2020-0004-0260 | |
| 222 | Rosey Vogan | 9/25/2020 | 9/25/2020 | Y | N | https://beta.regulations.gov/comment/EOIR-2020-0004-0790 | |
| 223 | Sabrina Damast | 9/8/2020 | 9/5/2020 | Y | N | https://beta.regulations.gov/comment/EOIR-2020-0004-0021 | |
| 224 | Sally Nador | 9/23/2020 | 9/22/2020 | Y | N | https://beta.regulations.gov/comment/EOIR-2020-0004-0521 | |
| 225 | Sam Fouts | 9/23/2020 | 9/21/2020 | Y | N | https://beta.regulations.gov/comment/EOIR-2020-0004-0510 | |
| 226 | Sean McMahon | 9/28/2020 | 9/25/2020 | Y | N | https://beta.regulations.gov/comment/EOIR-2020-0004-1244 | |
| 227 | Senators: Sheldon Whitehouse, Mazie K. Hirono, Richard Blumenthal, Richard J. Durbin, Amy Klobuchar, and Cory A. Booker | 9/26/2020 | 9/25/2020 | Y | N | https://beta.regulations.gov/comment/EOIR-2020-0004-0967 | |
| 228 | Stephen Allen, The Law Office of Stephen Allen, P.A. | 9/16/2020 | 9/15/2020 | Y | N | https://beta.regulations.gov/comment/EOIR-2020-0004-0037 | |
| 229 | Steve Kraemer | 9/28/2020 | 9/25/2020 | Y | N | https://beta.regulations.gov/comment/EOIR-2020-0004-1237 | |
| 230 | Sue Halligan | 9/22/2020 | 9/22/2020 | Y | N | https://beta.regulations.gov/comment/EOIR-2020-0004-0478 | |
| 231 | The Legal Aid Society | 9/26/2020 | 9/25/2020 | Y | N | https://beta.regulations.gov/comment/EOIR-2020-0004-0965 | |
| 232 | The Rev. Dianne Loufman | 9/22/2020 | 9/22/2020 | Y | N | https://beta.regulations.gov/comment/EOIR-2020-0004-0485 | |
| 233 | Tony Ducklow | 9/22/2020 | 9/22/2020 | Y | N | https://beta.regulations.gov/comment/EOIR-2020-0004-0481 | |
| 234 | Vic Rosenthal | 9/22/2020 | 9/21/2020 | Y | N | https://beta.regulations.gov/comment/EOIR-2020-0004-0412 | |
| 235 | Will Sjoblom | 9/28/2020 | 9/25/2020 | Y | N | https://beta.regulations.gov/comment/EOIR-2020-0004-1077 | |
| 236 | Ximena Valdarrago | 9/28/2020 | 9/25/2020 | Y | N | https://beta.regulations.gov/comment/EOIR-2020-0004-1106 | |
| 237 | Anonymous | 9/10/2020 | 9/9/2020 | N | N | https://beta.regulations.gov/comment/EOIR-2020-0004-0025 | |