UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHOLIC LEGAL IMMIGRATION NETWORK, INC., *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>EXECUTIVE OFFICE FOR IMMIGRATION REVIEW, *et al.*,<br><br>*Defendants*. | Case No.: 1:21-cv-00094 (RJL) |

## NOTICE OF APPEARANCE

To:   The Clerk of Court and all parties of record.

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for *Amici Curiae* Former Immigration Judges and Members of the Board of Immigration Appeals in the above-captioned action.

Dated:  February 5, 2021            Respectfully submitted,

By:   */s/ John R. Jacob*
John R. Jacob (D.C. Bar No. 444412)
AKIN GUMP STRAUSS HAUER & FELD, LLP
ROBERT S. STRAUSS TOWER
2001 K Street, NW
Washington, DC 200006-1037
Tel: 202.887.4582
Fax: 202.887.4288
jjacob@akingump.com

1