UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHOLIC LEGAL IMMIGRATION NETWORK, INC., *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> EXECUTIVE OFFICE FOR IMMIGRATION REVIEW, *et al.*, <br><br> *Defendants*. | Case No.: 1:21-cv-00094 (RJL) |

## MOTION FOR LEAVE TO FILE AN AMICUS BRIEF

*Amici curiae* are more than thirty (30) former Immigration Law Judges and former members of the Board of Immigration Appeals who remain keenly interested in the decision-making coming from the Agency. As set forth more fully in the brief submitted with this motion, *amici curiae* have intimate knowledge of the operation of the immigration courts, and seek an opportunity to develop the factual record and legal arguments presented in this action. *Amici curiae* therefore respectfully submit this motion for leave to file the attached brief addressing proposed changes to brief timing, motions to remand based on new evidence, the scope of remand, judge certification, administrative closure, and *sua sponte* authority in the Procedural and Decisional Finality Rule. Through its undersigned counsel, *amici curiae* has obtained the consent of all parties to file its brief in accordance with the Court's rules.

For the foregoing reasons, *amici curiae* respectfully requests that this Court grant its motion for leave to file and accept the filing of the attached *amicus curiae* brief.

Dated:  February 5, 2021               Respectfully submitted,

                                       By:  /s/ John R. Jacob
                                            John R. Jacob (D.C. Bar No. 444412)
                                            AKIN GUMP STRAUSS HAUER & FELD, LLP
                                            ROBERT S. STRAUSS TOWER
                                            2001 K Street, NW
                                            Washington, DC 200006-1037
                                            Tel: 202.887.4582
                                            Fax: 202.887.4288
                                            jjacob@akingump.com

## **PROOF OF SERVICE**

I hereby certify that a true and correct copy of this Motion for Leave to File an Amicus Brief has been served on this 5th day of February, 2021 electronically upon all counsel of record.

*/s/ John R. Jacob*
John R. Jacob
