UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHOLIC LEGAL IMMIGRATION NETWORK, INC., *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> EXECUTIVE OFFICE FOR IMMIGRATION REVIEW, *et al.*, <br><br> *Defendants*. | Case No.: 1:21-cv-00094 (RJL) |

## [PROPOSED] ORDER CONCERNING MOTION FOR LEAVE TO FILE AN *AMICUS* BRIEF

The Court having considered the Motion for Leave to File an *Amicus* Brief of Former Immigration Judges and Members of the Board of Immigration Appeals is of the opinion that the motion should be GRANTED.

It is therefore ORDERED that *Amicus Curiae* be granted leave to file their brief in this case.

Date: _____                        _____
                                                                                    The Honorable Richard J. Leon

1