IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHOLIC LEGAL IMMIGRATION NETWORK, INC., *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>EXECUTIVE OFFICE FOR IMMIGRATION REVIEW, *et al.*,<br><br>*Defendants*. | Case No.: 1:21-cv-00094 (RJL) |

**MOTION OF KIDS IN NEED OF DEFENSE
FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF**

Kids in Needs of Defense ("KIND") respectfully moves for leave to file an *amicus curiae* brief in support of Plaintiffs' Motion to Stay Agency Action under 5 U.S.C. § 705 and/or for a Preliminary Injunction against the Executive Office for Immigration Review's (EOIR's) rule, which dramatically alters the procedures followed by immigration judges and the Board of Immigration Appeals. *See* Appellate Procedures and Decisional Finality in Immigration Proceedings; Administrative Closure, 85 Fed. Reg. 81,588 (Dec. 16, 2020) (the "Rule").

1. KIND is a national non-profit organization whose ten field offices provide free legal services to unaccompanied immigrant children. Since 2009, KIND has received referrals for over 21,000 children from 71 countries and has trained and mentored pro bono attorneys at over 670 law firms, corporations, law schools, and bar associations. KIND also advocates for changes in law and policy to enhance protections for unaccompanied children.

2. As an organization serving unaccompanied children in removal proceedings before EOIR, KIND has a significant interest in the impact of regulations governing those proceedings before

immigration judges and the Board of Immigration Appeals on unaccompanied children and their service providers.  Based on its experience serving this uniquely vulnerable population, KIND seeks leave to submit this brief to highlight how the new challenged Rule would conflict with long-established law and policy, particularly protections for unaccompanied children.

3.  District courts have "broad discretion" to permit *amicus curiae* participation.  *Nat'l Ass'n of Home Builders v. U.S. Army Corps of Eng'rs*, 519 F. Supp. 2d 89, 93 (D.D.C. 2007).  Courts in this District generally permit a third party to participate as *amicus curiae* when it has "relevant expertise and a stated concern for the issues at stake in [the] case."  *District of Columbia v. Potomac Elec. Power Co.*, 826 F. Supp. 2d 227, 237 (D.D.C. 2011).  Specifically, amicus briefs are appropriate in cases where a third party has "unique information or perspective" that can contribute to the court's understanding of the matter in question and assist the court in the resolution of legal or factual questions.  *Hard Drive Prods., Inc. v. Does 1-1,495*, 892 F. Supp. 2d 334, 337 (D.D.C. 2012) (quoting *Jin v. Ministry of State Sec'y*, 557 F. Supp. 2d 131, 137 (D.D.C. 2008)).  KIND's participation is appropriate under those criteria.  Because the Rule at issue will negatively affect the unaccompanied children served by KIND and its pro bono attorneys, KIND has a significant concern for the issues at stake here.  As discussed in the accompanying brief, the changes made by the Rule will negatively affect all immigrants, but its effects will fall hardest on the most vulnerable among them, unaccompanied children.  By virtue of its work serving thousands of unaccompanied children, KIND has "unique information or perspective" and relevant expertise on the experiences of unaccompanied children navigating the immigration system and believes this will assist the Court in resolving Plaintiffs' motion.

4.  Plaintiffs have consented to the filing of this *amicus curiae* brief.  Defendants do not object to the filing of this motion seeking leave to file.

5. Based on the foregoing, KIND respectfully requests that the Court grant KIND leave to file the accompanying *amicus curiae* brief.

Dated: February 8, 2021

Respectfully submitted,

*/s/ J. Christian Word*

| | |
|---|---|
| Scott Shuchart (D.C. Bar No.: 1531377) | J. Christian Word (D.C. Bar No.: 461346) |
| KIDS IN NEED OF DEFENSE | LATHAM & WATKINS LLP |
| 1201 L Street, NW, Floor 2 | 555 Eleventh Street, NW |
| Washington, DC 20005 | Suite 1000 |
| | Washington, DC 20004 |
| | (202) 637-2200 |
| | christian.word@lw.com |

Counsel for *Amicus Curiae* Kids in Need of Defense

## CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2021 a copy of the foregoing document was filed electronically. Notice of this filing will be sent to all registered parties through the Court's CM/ECF system.

Dated: February 8, 2021

/s/ J. Christian Word
J. Christian Word (D.C. Bar No. 461346)
LATHAM & WATKINS LLP
555 11th Street NW, Suite 1000
Washington, D.C. 20004
Tel: (202) 637-2200
christian.word@lw.com

*Counsel for Amicus Curiae Kids in Need of Defense*