IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHOLIC LEGAL IMMIGRATION NETWORK, INC., *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> EXECUTIVE OFFICE FOR IMMIGRATION REVIEW, *et al.*, <br><br> *Defendants*. | Case No.: 1:21-cv-00094 (RJL) |

**[PROPOSED] ORDER**

The Court having considered the Motion of Kids in Need of Defense for Leave to File *Amicus Curiae* Brief, it is hereby ORDERED that the Motion is GRANTED.

It is therefore ORDERED that *Amicus Curiae* be granted leave to file its brief in this case.

_____
The Honorable Richard J. Leon
United States District Court

Date: _____

**NAMES OF PERSONS TO BE SERVED WITH PROPOSED ORDER UPON ENTRY**

In accordance with Local Civil Rule 7(k), listed below are the names and addresses of the attorneys entitled to be notified of the Proposed Order's entry:

>Jeffrey B. Dubner
>DEMOCRACY FORWARD FOUNDATION
>1333 H Street NW
>Washington, DC  20005
>(202) 448-9090
>Email: jdubner@democracyforward.org
>Sean A. Lev
>DEMOCRACY FORWARD FOUNDATION
>1333 H Street NW, 11th Floor
>Washington, DC  20005
>(202) 701-1771
>Email: slev@democracyforward.org
>
>Benjamin M. Seel
>DEMOCRACY FORWARD FOUNDATION
>P.O. Box 34553
>Washington, DC  20043
>(202) 448-9090
>Email: bseel@democracyforward.org
>
>Sarah D. Thompson
>NATIONAL IMMIGRANT JUSTICE CENTER
>P.O. Box 124975
>San Diego, CA  92112
>(619) 431-1184
>Email: sthompson@heartlandalliance.org
>
>Keren Hart Zwick
>NATIONAL IMMIGRANT JUSTICE CENTER
>224 S Michigan Avenue
>Suite 600
>Chicago, IL 60604
>(312) 660-1364
>Email: KZwick@heartlandalliance.org
>
>>*Attorneys for Plaintiffs Catholic Legal Immigration Network, Inc., Brooklyn Defender Services, Florence Immigrant & Refugee Rights Project, National Immigrant Justice Center, and HIAS*

Christina Greer
U.S. DEPARTMENT OF JUSTICE, CIVIL DIVISION
OFFICE OF IMMIGRATION LITIGATION
P.O. Box 878
Ben Franklin Station
Washington, DC 20044
(202) 598-8770
Email: christina.p.greer@usdoj.gov

April Denise Seabrook
U.S. ATTORNEY'S OFFICE FOR THE DISTRICT OF COLUMBIA
555 Fourth Street NW
Washington, DC 20530
(202) 252-2525
Email: april.seabrook@usdoj.gov

*Attorneys for Defendants Executive Office for Immigration Review, Department of Justice, Jeffrey A. Rosen, and James McHenry*