IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHOLIC LEGAL IMMIGRATION NETWORK, INC., et al.,<br><br>           Plaintiffs,<br><br>   v.<br><br>EXECUTIVE OFFICE FOR IMMIGRATION REVIEW, et al.,<br><br>           Defendants. | Civil Action No. 1:21-cv-00094-RJL |

**NOTICE OF APPEARANCE BY MEAGHAN VERGOW**

PLEASE TAKE NOTICE that Meaghan VerGow of O'Melveny & Myers LLP enters her appearance as counsel on behalf of *Amicus Curiae* County of Los Angeles in the above-captioned case.

Dated: February 8, 2021

Respectfully submitted,

O'MELVENY & MYERS LLP

By: */s/ Meaghan VerGow*
Meaghan VerGow
D.C. Bar No. 977165
mvergow@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006-4061
Telephone: +1 202 383 5300
Facsimile:  +1 202 383 5414
*Counsel of Record*

Attorneys for *Amicus Curiae*
County of Los Angeles