IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHOLIC LEGAL IMMIGRATION NETWORK, INC. et al., <br><br> Plaintiffs, <br><br> v. <br><br> EXECUTIVE OFFICE FOR IMMIGRATION REVIEW, et al., <br><br> Defendants. | Civil Action No. 1:21-cv-00094-RJL |

**MOTION FOR LEAVE TO FILE BRIEF OF AMICI CURIAE 16 CITIES AND COUNTIES IN SUPPORT OF PLAINTIFFS' MOTION TO STAY AGENCY ACTION UNDER 5 U.S.C. § 705 AND/OR FOR A PRELIMINARY INJUNCTION**

*Amici* hereby request leave to file the attached Brief of *Amici Curiae* 16 Cities and Counties In Support of Plaintiffs' Motion to Stay Agency Action Under 5 U.S.C. § 705 and/or for a Preliminary Injunction (ECF No. 9), which challenges a recently finalized rule, *Appellate Procedures and Decisional Finality in Immigration Proceedings; Administrative Closure*, 85 Fed. Reg. 81588 (Dec. 16, 2020) (the Rule), that violates the Administrative Procedure Act and the Constitution's Due Process Clause. A copy of the proposed brief is attached to this motion as Attachment 1. The proposed brief contains a full list of *Amici*.

The Court should exercise its discretion to allow *Amici* to file the attached brief because it is timely and useful. *See, e.g.*, *Ellsworth Assocs., Inc. v. United States*, 917 F. Supp. 841, 846 (D.D.C. 1996) (recognizing broad discretion of district court to grant leave to file amicus brief where such a brief would offer "timely and useful" information (internal quotation marks omitted)). Further, both parties consent to *Amici*'s filing of this brief.

*Amici* have a significant interest in the outcome of Plaintiffs' Motion. *Amici* are home to

millions of immigrants and immigrant families, who are integral to the social fabric and future prosperity of *Amici*'s communities. *Amici* recognize that it is critical to the well-being of the entire community to protect immigrants and their families from unjust removals of immigrant residents and to help immigrants to assert valid claims for immigration benefits or for relief from removal. For this reason, several *Amici* invest in legal representation for immigrant residents in removal proceedings.

The challenged Rule harms *Amici*'s interests in protecting immigrants from unjust removals because it implements several procedural changes that will prevent immigrant petitioners from raising and having courts consider valid claims for relief. As a result, many immigrants who otherwise would have been granted relief will be removed. This will have harmful ramifications for *Amici*'s families, who will face sudden separation and whose children will suffer as a result. The Rule also will hurt *Amici*'s economies and communities, which depend on the contributions of immigrant residents. *Amici*'s investments in removal defense also will be undercut because the Rule will impose additional costs and burdens on advocates representing immigrants in removal proceedings, making each case more resource-intensive and resulting in fewer clients served.

*Amici* filed several public comments that alerted the Executive Office for Immigration Review (EOIR) to the harmful effects that the challenged Rule would have on communities and local governments, but EOIR did not address these concerns in finalizing the Rule. *Amici* have an interest in agencies considering the reliance interests of local governments when promulgating a change in policy. Rules that do not consider such important reliance interests are arbitrary and capricious. *Dep't of Homeland Sec. v. Regents of the Univ. of Cal.*, 140 S. Ct. 1891, 1914 (2020). The Rule also is unlawful because it will deny immigrants the full and fair proceedings

they are guaranteed by the Due Process Clause. *Amici* have an interest in protecting all residents from unlawful and unconstitutional violations of their due process rights.

For the forgoing reasons, *Amici* respectfully request the Court's permission to file the attached brief.

Dated: February 8, 2021

Respectfully submitted,

O'MELVENY & MYERS LLP

By: */s/ Meaghan VerGow*
Meaghan VerGow
D.C. Bar No. 977165
mvergow@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006-4061
Telephone: +1 202 383 5300
Facsimile: +1 202 383 5414
*Counsel of Record*

Margaret L. Carter*
mcarter@omm.com
Daniel R. Suvor*
dsuvor@omm.com
O'MELVENY & MYERS LLP
400 S. Hope Street, 18th Floor
Los Angeles, CA 90071
Telephone: +1 213 430 6000
Facsimile: +1 213 430 6407
**Pro hac vice* pending*

Attorneys for *Amicus Curiae*
Los Angeles County