IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHOLIC LEGAL IMMIGRATION NETWORK, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> EXECUTIVE OFFICE FOR IMMIGRATION REVIEW, et al., <br><br> Defendants. | Civil Action No. 1:21-cv-00094-RJL |

**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE BRIEF OF *AMICI CURIAE***

Good cause appearing, the motion of 16 Cities and Counties for leave to file a brief of *Amici Curiae* is hereby GRANTED.

Dated: _____         By: _____
                                       Hon. Richard J. Leon
                                       Senior United States District Judge