IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CATHOLIC LEGAL IMMIGRATION
NETWORK, INC., et al.,

        Plaintiffs,

    v.

EXECUTIVE OFFICE FOR IMMIGRATION
REVIEW, et al.,

        Defendants.

Civil Action No. 1:21-cv-00094-RJL

**MOTION FOR ADMISSION *PRO HAC VICE* OF MARGARET L. CARTER**

Pursuant to Local Civil Rule 83.2(d), Meaghan VerGow, a member of the Bar of this Court and counsel for *Amicus Curiae* County of Los Angeles, hereby moves for the admission *pro hac vice* of Margaret L. Carter in the above-captioned case. In support of this motion, the undersigned states as follows:

1. I am a member in good standing of the Bar of this Court.

2. Margaret L. Carter is a partner with the law firm of O'Melveny & Myers LLP and maintains her office at 400 South Hope Street, 18th Floor, Los Angeles, California, 90071 and can be reached at (213) 430-6000.

3. As set forth in the attached declaration, Ms. Carter is an active member in good standing of the California Bar. Ms. Carter also has been admitted to practice in the U.S. Supreme Court, U.S. Court of Appeals for the Second, Ninth, and D.C. Circuits, and U.S. District Courts for the Northern, Eastern, Central, and Southern Districts of California.

4. Ms. Carter has not been disciplined by any bar.

5.   Ms. Carter has not been admitted *pro hac vice* in this Court in the past two years.

6.   Ms. Carter is representing *Amicus Curiae* County of Los Angeles in this case.

WHEREFORE, movant respectfully requests that the Court enter an order permitting

Margaret L. Carter to appear *pro hac vice* in the above-captioned case.


Dated: February 8, 2021                            Respectfully submitted,

                                                   O'MELVENY & MYERS LLP


                                                   By:  */s/ Meaghan VerGow*
                                                        Meaghan VerGow
                                                        D.C. Bar No. 977165
                                                        mvergow@omm.com
                                                        O'MELVENY & MYERS LLP
                                                        1625 Eye Street, NW
                                                        Washington, DC 20006-4061
                                                        Telephone: +1 202 383 5300
                                                        Facsimile:  +1 202 383 5414
                                                        *Counsel of Record*

                                                   Attorneys for *Amicus Curiae*
                                                   County of Los Angeles