IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CATHOLIC LEGAL IMMIGRATION
NETWORK, INC., et al.,

        Plaintiffs,

v.

EXECUTIVE OFFICE FOR IMMIGRATION
REVIEW, et al.,

        Defendants.

Civil Action No. 1:21-cv-00094-RJL

**DECLARATION OF MARGARET L. CARTER IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Civil Rule 83.2(d), I declare the following:

1. My name is Margaret L. Carter. I am a partner of the law firm O'Melveny and Myers LLP, attorneys for *Amicus Curiae* County of Los Angeles.

2. My office address is 400 S. Hope Street, 18th Floor, Los Angeles, California 90071, and my office telephone number is (213) 430-6000.

3. I am an active member in good standing of the California Bar. I have been admitted to the U.S. Supreme Court, U.S. Court of Appeals for the Second, Ninth, and D.C. Circuits, and U.S. District Courts for the Northern, Eastern, Central, and Southern Districts of California.

4. I have not been subject to disciplinary proceedings as a member of the bar in any jurisdiction, nor are any disciplinary proceedings currently pending against me.

5. In the past two years, I have not been admitted *pro hac vice* in any other case in the United States District Court for the District of Columbia.

6. I certify that I am generally familiar with this Court's Local Rules.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 8, 2021

Respectfully submitted,

O'MELVENY & MYERS LLP

By: */s/ Margaret L. Carter*
　　Margaret L. Carter
　　California Bar No. 220637
　　mcarter@omm.com
　　O'MELVENY & MYERS LLP
　　400 S. Hope Street, 18th Floor
　　Los Angeles, CA 90071
　　Telephone: +1 213 430 6000
　　Facsimile: +1 213 430 6407

Attorneys for *Amicus Curiae*
County of Los Angeles