IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHOLIC LEGAL IMMIGRATION NETWORK, INC., et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>EXECUTIVE OFFICE FOR IMMIGRATION REVIEW, et al.,<br><br>        Defendants. | Civil Action No. 1:21-cv-00094-RJL |

## [PROPOSED] ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE* OF MARGARET L. CARTER

Upon consideration of the Motion for Admission *Pro Hac Vice* of Margaret L. Carter on behalf of *Amicus Curiae* County of Los Angeles, and the Declaration of Margaret L. Carter under Local Civil Rule 83.2(d), it is hereby

ORDERED that the Motion is granted.

Dated: _____     By: _____
                                                                                            Hon. Richard J. Leon
                                                                                            Senior United States District Judge