IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHOLIC LEGAL IMMIGRATION NETWORK, INC., et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>EXECUTIVE OFFICE FOR IMMIGRATION REVIEW, et al.,<br><br>        Defendants. | Civil Action No. 1:21-cv-00094-RJL |

**MOTION FOR ADMISSION *PRO HAC VICE* OF DANIEL R. SUVOR**

Pursuant to Local Civil Rule 83.2(d), Meaghan VerGow, a member of the Bar of this Court and counsel for *Amicus Curiae* County of Los Angeles, hereby moves for the admission *pro hac vice* of Daniel R. Suvor in the above-captioned case. In support of this motion, the undersigned states as follows:

1. I am a member in good standing of the Bar of this Court.

2. Daniel R. Suvor is a partner with the law firm of O'Melveny & Myers LLP and maintains his office at 400 South Hope Street, 18th Floor, Los Angeles, California, 90071 and can be reached at (213) 430-6000.

3. As set forth in the attached declaration, Mr. Suvor is an active member in good standing of the California Bar. Mr. Suvor also has been admitted to practice in the U.S. Supreme Court, U.S. Court of Appeals for the Second, Ninth, and D.C. Circuits, and U.S. District Courts for the Northern, Eastern, and Central Districts of California.

4. Mr. Suvor has not been disciplined by any bar.

5. Mr. Suvor has not been admitted *pro hac vice* in this Court in the past two years.

6. Mr. Suvor is representing *Amicus Curiae* County of Los Angeles in this case.

WHEREFORE, movant respectfully requests that the Court enter an order permitting Daniel R. Suvor to appear *pro hac vice* in the above-captioned case.

Dated: February 8, 2021

Respectfully submitted,

O'MELVENY & MYERS LLP

By: */s/ Meaghan VerGow*
Meaghan VerGow
D.C. Bar No. 977165
mvergow@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006-4061
Telephone: +1 202 383 5300
Facsimile: +1 202 383 5414
*Counsel of Record*

Attorneys for *Amicus Curiae*
County of Los Angeles