IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHOLIC LEGAL IMMIGRATION NETWORK, INC., et al.,<br><br>       Plaintiffs,<br><br>v.<br><br>EXECUTIVE OFFICE FOR IMMIGRATION REVIEW, et al.,<br><br>       Defendants. | Civil Action No. 1:21-cv-00094-RJL |

### DECLARATION OF DANIEL R. SUVOR IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Civil Rule 83.2(d), I declare the following:

1. My name is Daniel R. Suvor. I am a partner of the law firm O'Melveny and Myers LLP, attorneys for *Amicus Curiae* County of Los Angeles.

2. My office address is 400 S. Hope Street, 18th Floor, Los Angeles, California 90071, and my office telephone number is (213) 430-6000.

3. I am an active member in good standing of the California Bar. I have been admitted to the U.S. Supreme Court, U.S. Court of Appeals for the Second, Ninth, and D.C. Circuits, and U.S. District Courts for the Northern, Eastern, and Central Districts of California.

4. I have not been subject to disciplinary proceedings as a member of the bar in any jurisdiction, nor are any disciplinary proceedings currently pending against me.

5. In the past two years, I have not been admitted *pro hac vice* in any other case in the United States District Court for the District of Columbia.

6. I certify that I am generally familiar with this Court's Local Rules.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 8, 2021

Respectfully submitted,

O'MELVENY & MYERS LLP

By: */s/ Daniel R. Suvor*
    Daniel R. Suvor
    California Bar No. 265674
    dsuvor@omm.com
    O'MELVENY & MYERS LLP
    400 S. Hope Street, 18th Floor
    Los Angeles, CA 90071
    Telephone: +1 213 430 6000
    Facsimile: +1 213 430 6407

Attorneys for *Amicus Curiae*
County of Los Angeles