IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHOLIC LEGAL IMMIGRATION NETWORK, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> EXECUTIVE OFFICE FOR IMMIGRATION REVIEW, et al., <br><br> Defendants. | Civil Action No. 1:21-cv-00094-RJL |

## [PROPOSED] ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE* OF DANIEL R. SUVOR

Upon consideration of the Motion for Admission *Pro Hac Vice* of Daniel R. Suvor on behalf of *Amicus Curiae* County of Los Angeles, and the Declaration of Daniel R. Suvor under Local Civil Rule 83.2(d), it is hereby

ORDERED that the Motion is granted.

Dated: _____     By: _____
                                     Hon. Richard J. Leon
                                     Senior United States District Judge