IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHOLIC LEGAL IMMIGRATION NETWORK, INC., *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> EXECUTIVE OFFICE FOR IMMIGRATION REVIEW, *et al.*, <br><br> *Defendants*. | Case No.: 1:21-cv-00094 (RJL) |

**MOTION FOR ADMISSION *PRO HAC VICE* OF
MARY VAN HOUTEN HARPER**

Pursuant to Rule 83.2(d) of the Local Rules of this Court, Keren Zwick, undersigning sponsoring counsel, respectfully moves the Court for the admission *pro hac vice* of Mary Van Houten Harper to represent Plaintiffs in the above-captioned case.

The movant, Keren Zwick, is a member in good standing of the Bar of the United States District Court for the District of Columbia, and she is authorized to file through the Court's Electronic Filing System. Ms. Zwick is an attorney at the National Immigrant Justice Center (NIJC), located at:

224 S. Michigan Ave., Suite 600
Chicago, IL 60604

This motion is accompanied by a declaration from Ms. Harper, attached hereto as Exhibit A, providing the information required by Rule 83.2(d) of the Local Rules of this Court. As set forth in the declaration, Ms. Harper meets the requirements under Rule 83.2(d) for admission *pro hac vice*.

A proposed order is attached hereto as Exhibit B.

For the foregoing reasons, the undersigned respectfully requests that this motion be granted and that Ms. Harper be permitted to represent Plaintiffs in all proceedings before this Court.

Date: February 8, 2021

Respectfully submitted,

*s/ Keren Zwick*

Keren Zwick (D.D.C. Bar. No. IL0055)
NATIONAL IMMIGRANT JUSTICE CENTER
224 S. Michigan Ave., Suite 600
Chicago, IL 60604
(312) 660-1370
kzwick@heartlandalliance.org

*Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 8, 2021, I caused a true and correct copy of the foregoing to be filed electronically with the Clerk of the Court on the ECF system and transmitted to counsel registered to receive electronic service.

Date: February 8, 2021                     Respectfully submitted,

*s/ Keren Zwick*
Keren Zwick
NATIONAL IMMIGRANT JUSTICE CENTER
224 S. Michigan Ave., Suite 600
Chicago, IL 60604