# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHOLIC LEGAL IMMIGRATION NETWORK, INC., *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> EXECUTIVE OFFICE FOR IMMIGRATION REVIEW, *et al.*, <br><br> *Defendants*. | Case No.: 1:21-cv-00094 (RJL) |

**DECLARATION OF MARY VAN HOUTEN HARPER**
**IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Mary Van Houten Harper, pursuant to 28 U.S.C. § 1746, declare as follows:

1. My full name is Mary Van Houten Harper. I am an attorney at the non-profit organization National Immigration Justice Center. My office address is 1099 New York Avenue NW, Washington, D.C. 20001. My business telephone is (312) 660-1370.

2. I seek to be admitted *pro hac vice* to this Court for purposes of representing Plaintiffs in the above-captioned matter.

3. I am an active member in good standing of the D.C. Bar and the Bar of New York. I have been admitted to practice before the following federal courts: Second Circuit, Northern District of Illinois, and Southern District of New York.

4. I have not been disciplined by these or any other bars.

5. I have not applied for *pro hac vice* admission to this Court within the past two years.

6. I hereby agree to be subject to the orders and amenable to the disciplinary action and civil jurisdiction of the United States District Court for the District of Columbia in all respects as if I were regularly admitted and a licensed member of this Court in good standing.

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: February 8, 2021                           Respectfully submitted,

*Mary S. Harper*
Mary S. Van Houten Harper (D.C. Bar No. 1045137)
NATIONAL IMMIGRANT JUSTICE CENTER
224 S. Michigan Ave., Suite 600
1099 New York Ave. NW
Washington, DC 20001
mharper@heartlandalliance.org