# EXHIBIT B

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHOLIC LEGAL IMMIGRATION NETWORK, INC., *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> EXECUTIVE OFFICE FOR IMMIGRATION REVIEW, *et al.*, <br><br> *Defendants*. | Case No.: 1:21-cv-00094 (RJL) |

## **[PROPOSED] ORDER**

IT IS HERBY ORDERED, Mary Van Houten Harper is admitted *pro hac vice* to the United States District Court for the District of Columbia in the above-captioned case as counsel for Plaintiffs.

Dated: _____    _____
                                                                                   United States District Judge