UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHOLIC LEGAL IMMIGRATION NETWORK, INC., *ET AL.*, <br><br> PLAINTIFFS, <br><br> v. <br><br> EXECUTIVE OFFICE FOR IMMIGRATION REVIEW, *ET AL.*, <br><br> DEFENDANT. | CIV. A. NO. 21-0094 (RJL) |

**MOTION FOR EXTENSION OF TIME *NUNC PRO TUNC* TO FILE OPPOSITION, AND MEMORANDUM IN SUPPORT THEREOF**

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(B), Defendants the Executive Office for Immigration Review ("EOIR"), the Department of Justice, Jean King, in her official capacity to Acting Director of EOIR, and Monty Wilkinson, in his official capacity as Acting Attorney General of the United States (collectively, "Defendants"), through counsel, respectfully move for an extension of time, up to and including February 16, 2021, to file their Opposition to *Plaintiffs' Motion to Stay Agency Action Under 5 U.S.C. § 705 And/Or For a Preliminary Injunction* [ECF No. 9] ("Stay/PI Motion").[1] In support of this motion, Defendants state as follows:

**BACKGROUND**

1. On January 11, 2021, Plaintiffs filed their Complaint challenging the Appellate Procedures and Decisional Finality in Immigration Proceedings; Administrative Closure, 85 Fed. Reg. 81,588 (Dec. 16, 2020) (hereinafter, "Administrative Closure Rule"), which challenges a rule that became final on December 16, 2020.

---

[1] Defendants note that Monday, February 15, 2021, is a Federal holiday.

2. On January 15, 2021, the Administrative Closure Rule became effective. ECF No. 9 at 9.

3. On February 1, 2021, Plaintiffs filed their Stay/PI Motion. Pursuant to Local Civil Rule ("LCvR") 65.1(c), Defendants' Opposition to the Stay/PI Motion was due seven days after the filing of the motion, i.e., on Monday, February 8, 2021.

**BASIS FOR EXTENSION OF TIME**

4. An extension of time should be granted in this case for multiple reasons.

   a. *First*, Defendants' counsel did not become aware until February 9, 2021, that Defendants' Opposition was due on February 8, 2021. Defendants' counsel mistakenly believed that, absent an Order from the Court setting a briefing schedule for the Stay/PI Motion, the briefing schedule would be governed by the 14-day deadline set in LCvR 7(b). Defendants became aware of the error only after Plaintiffs' counsel inquired on February 9, 2021, about the status of Defendants' Opposition; Defendants then promptly prepared this motion seeking to extend time.

   b. *Second*, between Friday, February 5, 2021, and Monday, February 8, 2021, four motions for leave to file amici briefs (with attached briefs) were filed in support of Plaintiffs' Stay/PI Motion. *See* ECF No. 15, 17, 18, 20. Defendants need additional time to analyze these briefs and, where appropriate, address arguments within the briefs within Defendants' Opposition.

   c. *Third*, if Defendants had understood that their Opposition to the Stay/PI Motion was due on Monday, February 8, Defendants would have timely moved for an extension of this deadline. Seven days would have been insufficient time to draft and file Defendants' Opposition due, in large part, to the fact that Defendants in this case were required to respond to another Motion for Preliminary Injunction on

2

          Friday, February 5, 2021, in a case filed by different plaintiffs in U.S. District Court for the Northern District of California. The seven-day deadline also would not have permitted sufficient time for all Defendants and the U.S. Attorney's Office to review and approve the Opposition prior to its filing.

      d.    *Fourth*, permitting Defendants additional time to file an Opposition to Plaintiffs' Stay/PI Motion will benefit the Court, as it would provide the Court with significant information regarding Defendants' position on the legal issues in advance of the hearing on Plaintiffs' Stay/PI Motion, which is scheduled for Monday, September 22, 2021, at 4:00 pm.

## ADDITIONAL NECESSARY INFORMATION

5.    This is Defendant's first request for an extension of this deadline.

6.    If granted, this enlargement will not affect any other deadlines in this case, as LCvR 65.1(c) does not appear to contemplate the filing of reply briefs in support of motions for preliminary injunctions.

7.    Pursuant to LCvR 7(m), the parties have conferred; Plaintiffs respond that "Plaintiffs would agree to an extension until Friday[, February 12, 2021,] at noon, but oppose this request."

Dated: February 9, 2021                Respectfully submitted,

                                              MICHAEL R. SHERWIN
                                              Acting United States Attorney

                                              BRIAN P. HUDAK
                                              Acting Chief, Civil Division

                                              By: */s/ April Denise Seabrook*
                                              April Denise Seabrook, D.C. Bar No. 993730
                                              Assistant United States Attorney
                                              555 Fourth Street, N.W.
                                              Washington, D.C. 20530
                                              Telephone: 202-252-2525
                                              April.Seabrook@usdoj.gov