# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHOLIC LEGAL IMMIGRATION NETWORK, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> EXECUTIVE OFFICE FOR IMMIGRATION REVIEW, *et al.* <br><br> Defendants. | Civil Action No. 1:21-cv-0094 (RJL) |

## MOTION FOR ADMISSION *PRO HAC VICE*

Comes now Paul A. Zevnik, a member of the bar of the United States District Court for the District of Columbia, pursuant to Local Rule 83.2(d), who respectfully sponsors and moves for the admission *pro hac vice* in the above-captioned case of Katherine A. Vaky on behalf of *Amici Curiae* Asista Immigration Assistance, Asian Pacific Institute on Gender Based Violence, Casa de Esperanza, Freedom Network USA, Futures Without Violence, The National Alliance to End Sexual Violence, The National Coalition Against Domestic Violence, The National Domestic Violence Hotline, The National Network to End Domestic Violence, and Her Justice.  In support of this motion, the declaration of Katherine A. Vaky is attached.

Dated: February 12, 2021

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

*/s/ Paul A. Zevnik*                .
Paul A. Zevnik (D.C. Bar No. 952465)
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, NW
Washington, D.C. 20004
Telephone: 202.739.3000
Fax: 202.739.3001
Email: paul.zevnik@morganlewis.com

*Attorneys for Amici Curiae: ASISTA Immigration Assistance, Asian Pacific Institute on Gender-Based Violence, Casa de Esparanza, Freedom Network USA, Futures Without Violence, National Alliance to End Sexual Violence, National Coalition Against Domestic Violence, National Domestic Violence Hotline, National Network to End Domestic Violence, and Her Justice*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CATHOLIC LEGAL IMMIGRATION NETWORK, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> EXECUTIVE OFFICE FOR IMMIGRATION REVIEW, *et al.* <br><br> Defendants. | Civil Action No. 1:21-cv-0094 (RJL) |

**DECLARATION OF KATHERINE A. VAKY IN SUPPORT OF
MOTION FOR ADMISSION *PRO HAC VICE***

I, Katherine A. Vaky, declare as follows:

1.  My name is Katherine A. Vaky.

2.  My office address is Morgan, Lewis & Bockius LLP, One Oxford Centre, Thirty-Second Floor, Pittsburgh, Pennsylvania. My telephone number is (412) 560-3300.

3.  I am a member in good standing of the State Bars of Pennsylvania and Georgia. Admission to the U.S. District Court for the Western District of Pennsylvania is pending (ceremony on February 25, 2021). Attached as Exhibit A are Certificates of Good Standing from the States of Pennsylvania and Georgia.

4.  I certify that I have not been disciplined by any bar.

5.  I have not been admitted *pro hac vice* in this Court within the last two years.

6. I am not engaged in the practice of law from an office located in the District of Columbia, a member of the District of Columbia Bar or have an application pending.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 12, 2021 /s/ *Katherine A. Vaky*
Katherine A. Vaky

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 12, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I hereby certify that a true and correct copy of the document was served on all counsel of record through the Court's CM/ECF system.

/s/ Paul A. Zevnik
Paul A. Zevnik