# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHOLIC LEGAL IMMIGRATION NETWORK, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> EXECUTIVE OFFICE FOR IMMIGRATION REVIEW, *et al.* <br><br> Defendants. | Civil Action No. 1:21-cv-0094 (RJL) |

## **ORDER**

Having considered the Motion for Admission *Pro Hac Vice* of Katherine A. Vaky in the above-captioned matter pursuant to Local Rule 83.2(d),

IT IS, this _____ day of _____, 2021, ORDERED that the motion is GRANTED.

_____
Hon. Richard J. Leon
United States District Judge