UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHOLIC LEGAL IMMIGRATION NETWORK, INC., *ET AL.*, <br><br> PLAINTIFFS, <br><br> v. <br><br> EXECUTIVE OFFICE FOR IMMIGRATION REVIEW, *ET AL.*, <br><br> DEFENDANT. | CIV. A. NO. 21-0094 (RJL) |

**CONSENT MOTION FOR LEAVE TO FILE EXCESS PAGES,
AND MEMORANDUM IN SUPPORT THEREOF**

Defendants the Executive Office for Immigration Review ("EOIR"), the Department of Justice, Jean King, in her official capacity to Acting Director of EOIR, and Monty Wilkinson, in his official capacity as Acting Attorney General of the United States (collectively, "Defendants"), through counsel, respectfully move for leave to file An Opposition brief that exceeds by up to five pages the 45-page limit that is set Local Civil Rule ("LCvR") 7(e). In support of this motion, Defendants state the following:

1. On January 11, 2021, Plaintiffs filed their Complaint challenging the Appellate Procedures and Decisional Finality in Immigration Proceedings; Administrative Closure, 85 Fed. Reg. 81,588 (Dec. 16, 2020) (hereinafter, "Administrative Closure Rule"), which challenges a rule that became final on December 16, 2020.

2. On February 1, 2021, Plaintiffs filed their Stay/PI Motion and, within one week of Plaintiffs' filing their Stay/PI Motion, four motions for leave to file amici briefs (with attached briefs) were filed in support of Plaintiffs' Stay/PI Motion. *See* ECF No. 15, 17, 18, 20. The motions for leave were subsequently granted by the Court.

3. Plaintiffs' Stay/PI Motion asserts arguments under Administrative Procedure Act (APA), 5 U.S.C. § 701 *et seq.*, and the Regulatory Flexibility Act (RFA), 5 U.S.C. §§ 603-04, including asserting that the Administrative Closure Rule is not in accordance with the Immigration and Nationality Act, is arbitrary and capricious, was promulgated without providing an adequate opportunity to comment, was unlawfully promulgated by the EOIR Director, was issued without compliance with the RFA.

4. Defendants need to exceed the 45-page limit on Opposition briefs to ensure that they have sufficient opportunity to advance their jurisdiction arguments as well as to address each of Plaintiffs' arguments and the detailed statutory and regulatory scheme that supports the Administrative Closure Rule.

5. Pursuant to Local Civil Rule 7(m), the parties have conferred; Plaintiffs consent to the relief requested in this motion.

Dated: February 16, 2021  Respectfully submitted,

MICHAEL R. SHERWIN
Acting United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

By: /s/ *April Denise Seabrook*
April Denise Seabrook, D.C. Bar No. 993730
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
Telephone: 202-252-2525
April.Seabrook@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHOLIC LEGAL IMMIGRATION NETWORK, INC., *ET AL.*,<br><br>PLAINTIFFS,<br><br>V.<br><br>EXECUTIVE OFFICE FOR IMMIGRATION REVIEW, *ET AL.*,<br><br>DEFENDANT. | CIV. A. NO. 21-0094 (RJL) |

## **PROPOSED ORDER**

In light of Defendants' Motion to Exceed Page Limit, and the entire record herein, it is hereby **ORDERED** that the motion is **GRANTED;**

it is **FURTHER ORDERED** that Defendants' Opposition to Plaintiff's Motion [ECF No.9] may exceed the page limit provided in Local Civil Rule 7(e) by five pages.

It is **SO ORDERED.**

_____  _____
Date                                                                          RICHARD J. LEON
                                                                                   United States District Judge