IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHOLIC LEGAL IMMIGRATION NETWORK, INC., et al.,<br><br>   Plaintiffs,<br><br>  v.<br><br>EXECUTIVE OFFICE FOR IMMIGRATION REVIEW, et al.,<br><br>   Defendants. | Civil Action No. 1:21-cv-00094-RJL |

**NOTICE OF APPEARANCE BY DANIEL R. SUVOR**

PLEASE TAKE NOTICE that Daniel R. Suvor of O'Melveny & Myers LLP enters his

appearance as counsel on behalf of *Amicus Curiae* County of Los Angeles in the above-

captioned case.


Dated: February 12, 2021       Respectfully submitted,

               O'MELVENY & MYERS LLP


               By: */s/ Daniel R. Suvor*
                  Daniel R. Suvor
                  (*admitted pro hac vice*)
                  California Bar No. 265674
                  dsuvor@omm.com

                  O'Melveny & Myers LLP
                  400 South Hope Street
                  18th Floor
                  Los Angeles, California 90071-2899
                  Attorneys for *Amicus Curiae*
                  County of Los Angeles