IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHOLIC LEGAL IMMIGRATION NETWORK, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> EXECUTIVE OFFICE FOR IMMIGRATION REVIEW, et al., <br><br> Defendants. | Civil Action No. 1:21-cv-00094-RJL |

**NOTICE OF APPEARANCE BY MARGARET L. CARTER**

PLEASE TAKE NOTICE that Margaret L. Carter of O'Melveny & Myers LLP enters her appearance as counsel on behalf of *Amicus Curiae* County of Los Angeles in the above-captioned case.

Dated: February 16, 2021

Respectfully submitted,

O'MELVENY & MYERS LLP

By: */s/ Margaret L. Carter*
Margaret L. Carter
(*admitted pro hac vice*)
California Bar No. 220637
mcarter@omm.com

O'Melveny & Myers LLP
400 South Hope Street
18th Floor
Los Angeles, California 90071-2899
Attorneys for *Amicus Curiae*
County of Los Angeles