AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Catholic Legal Immigration Network, Inc., et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 21-cv-0094 |
| The Executive Office of Immigration Review, et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Catholic Legal Immigration Network, Inc., et al. (all plaintiffs).

Date:    02/16/2021

/s/ Mary S. Van Houten Harper
*Attorney's signature*

Mary S. Van Houten Harper (D.C. Bar No. 1045137)
*Printed name and bar number*

National Immigrant Justice Center
1099 New York Ave. NW
Washington, DC 20001
*Address*

mharper@heartlandalliance.org
*E-mail address*

(312) 660-1370
*Telephone number*

(312) 660-1505
*FAX number*