**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CATHOLIC LEGAL IMMIGRATION NETWORK INC., *et al.*,<br><br>Plaintiffs,<br><br> v.<br><br>EXECUTIVE OFFICE FOR IMMIGRATION REVIEW, *et al.*,<br><br>Defendants. | Civil Action No. 1:21-cv-00094-RJL |

**DECLARATION OF CHRISTINA P. GREER IN SUPPORT OF OPPOSITION TO THE MOTION TO STAY AGENCY ACTION UNDER 5 U.S.C. § 705 AND/OR FOR A PRELIMINARY INJUNCTION**

I, CHRISTINA P. GREER, declare as follows:

1.       I am a Senior Litigation Counsel in the Office of Immigration Litigation of the Civil Division of the U.S. Department of Justice and one of the attorneys of record for Defendants in this action.  The facts set forth in this declaration are within my personal knowledge or based upon documents and information I have received in the course of this litigation.

2.       Attached hereto as Exhibit 1 is a true and correct copy of Attorney General Order No. 4910-2020, which I received from the Executive Office of Immigration Review.

I declare under penalty of perjury under the laws of the United States that the above is true and accurate.  Executed this 16th day of February, 2021, in Baltimore, Maryland.

*/s/ Christina P. Greer*
CHRISTINA P. GREER
Senior Litigation Counsel