**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CATHOLIC LEGAL IMMIGRATION NETWORK INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> EXECUTIVE OFFICE FOR IMMIGRATION REVIEW, *et al.*, <br><br> Defendants. | Civil Action No. 1:21-cv-00094-RJL |

**[PROPOSED] ORDER**

Upon consideration of the motion for preliminary injunction, the Defendants' opposition, any reply thereto, and oral argument held, if any, it is hereby ORDERED that the motion for preliminary injunction is DENIED.

SO ORDERED.

Dated: _____      _____
                                                                                                         Hon. Richard J. Leon
                                                                                                          United States District Judge