IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHOLIC LEGAL IMMIGRATION NETWORK, INC., *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>EXECUTIVE OFFICE OF IMMIGRATION REVIEW, *et al.*,<br><br>*Defendants.* | Case No. 21-cv-094<br><br>***Document Electronically Filed*** |

## CONSENT MOTION FOR LEAVE TO FILE REPLY BRIEF AND SUPPLEMENTAL DECLARATION

Pursuant to Civil Local Rule 65.1(c), Plaintiffs Catholic Legal Immigration Network, Inc., Brooklyn Defender Services, Florence Immigrant and Refugee Rights Project, HIAS, and National Immigrant Justice Center ("NIJC"), by counsel, hereby move the Court for leave to: (1) file the attached reply memorandum of law, attached as Exhibit A, in response to Defendants' opposition to Plaintiffs' motion to stay agency action under 5 U.S.C. § 705 and/or for a preliminary injunction, ECF No. 35; (2) file a memorandum in excess of the 25 pages generally permitted for reply briefs under Civil Local Rule 7(e); and (3) file a supplemental declaration from Plaintiff NIJC in support of the reply brief, attached as Exhibit B. The length of the proposed reply brief will not exceed thirty (30) pages, excluding caption and signatures.

Defendants consent to Plaintiffs' request for leave to file a reply brief and supplemental declaration, as well as Plaintiffs' request for a five-page extension.

Plaintiffs filed a motion to stay agency action under 5 U.S.C. § 705 and/or for a preliminary injunction on February 1, 2021. ECF No. 9. Per Civil Local Rule 65.1, Defendants' memorandum

in opposition to Plaintiffs' motion was due 7 days later, on February 8, 2021, but Defendants received leave to file instead on February 16, 2021. Defendants also moved to file an oversized brief in support of their position, to which Plaintiffs consented. ECF No. 31. Just as Defendants required additional space to address the complexity of this case, Plaintiffs seek leave to file a reply brief including with additional pages to ensure sufficient opportunity to respond to Defendants' arguments, which address not only the merits of Plaintiffs' claims but also raise a number of justiciability arguments.

The recent flurry of APA litigation on similar immigration rulemaking in this Circuit, as well as at the Supreme Court, provides more evidence of how complex and contested the arguments are in this case. *See, e.g.*, *Dep't of Homeland Sec. v. Regents of the Univ. of California*, 140 S. Ct. 1891, 1907 (2020); *Make the Road New York v. Wolf*, 962 F. 3d 612, 623 (D.C. Cir. 2020); *Grace v. Barr*, 965 F. 3d 883, 896 (D.C. Cir. 2020); *CLINIC v. EOIR*, No. 20-cv-03812 (APM), 2021 WL 184359, at *7 (D.D.C. Jan. 18, 2021). Plaintiffs have made every effort to write a succinct reply, but require more than the standard length to meaningfully respond to Defendants' arguments. For similar reasons, the evolving circumstances around the impact of this Rule require submission of additional evidence to provide further details about Plaintiffs' irreparable harm stemming from the Rule, including recent developments, as well as supplement the record to respond to the arguments Defendants raised in their opposition brief.

For these reasons, Plaintiffs respectfully request that the court grant this motion and accept submission of the attached memorandum of law, as well as NIJC's Supplemental Declaration. *See* Exs. A, B. Per Civil Local Rule 7(c), a proposed order is attached as Exhibit C. As stated above, the parties have met and conferred and fulfilled the requirements of Local Civil Rule 7(m), and Defendants consent to Plaintiffs' requests.

Dated: February 19, 2021

Respectfully submitted,

By:  *s/ Jeffrey Dubner*

| | |
|---|---|
| Mary Van Houten Harper (D.C. Bar No. 1045137)*<br>NATIONAL IMMIGRANT JUSTICE CENTER<br>1099 New York Ave. NW<br>Washington, DC 20001<br>(312) 660-1370<br>mharper@heartlandalliance.org<br><br>Sarah Thompson (D.D.C. Bar No. CA00073)<br>NATIONAL IMMIGRANT JUSTICE CENTER<br>PO Box. 124975<br>San Diego, CA 92101<br>(312) 660-1370<br>sthompson@heartlandalliance.org<br><br>* *Admitted pro hac vice* | Jeffrey Dubner (D.C. Bar No. 1013399)<br>Benjamin Seel (D.C. Bar No. 1035286)<br>Sean A. Lev (D.C. Bar. No. 449936)<br>DEMOCRACY FORWARD FOUNDATION<br>P.O. Box 34553<br>Washington, DC 20043<br>(202) 448-9090<br>jdubner@democracyforward.org<br>bseel@democracyforward.org<br>slev@democracyforward.org<br><br>Keren Zwick (D.D.C. Bar. No. IL0055)<br>Mark Fleming<br>Tania Linares Garcia<br>NATIONAL IMMIGRANT JUSTICE CENTER<br>224 S. Michigan Ave., Suite 600<br>Chicago, IL 60604<br>(312) 660-1370<br>kzwick@heartlandalliance.org<br>mfleming@heartlandalliance.org<br>tlinaresgarcia@heartlandalliance.org<br><br>*Counsel for Plaintiffs* |