# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHOLIC LEGAL IMMIGRATION NETWORK, INC., *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> EXECUTIVE OFFICE OF IMMIGRATION REVIEW, *et al.*, <br><br> *Defendants.* | Case No. 21-cv-094 <br><br> *Document Electronically Filed* |

### [PROPOSED] ORDER GRANTING LEAVE TO FILE REPLY BRIEF AND SUPPLEMENTAL DECLARATION

In light of Plaintiffs' Motion to File Reply Brief and Supplemental Declaration, and the entire record herein, it is hereby **ORDERED** that the motion is **GRANTED**; it is **FURTHER ORDERED** that Plaintiffs' Reply to Defendants' Opposition to Plaintiff's Motion [ECF No. 35] may exceed the page limit provided in Local Civil Rule 7(e) by five pages. It is **SO ORDERED**.

**SO ORDERED** this ___ day of ____2021

                                                                      Hon. Richard J. Leon
                                                                      United States District Judge