UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CATHOLIC LEGAL IMMIGRATION
NETWORK INC., *et al.*,

Plaintiffs,

v.

EXECUTIVE OFFICE FOR
IMMIGRATION REVIEW, *et al.*,

Defendants.

Civil Action No. 21-0094-RJL

## DEFENDANTS' RESPONSE TO PLAINTIFFS' NOTICE OF RELATED CASE

Defendants do not oppose relating the instant matter with *Centro Legal de la Raza v. Exec. Office for Immigration Review*, No. 21-cv-463 (N.D. Cal. filed Jan. 19, 2021), because the cases challenge the same Rule, raise similar legal challenges to the Rule, and involve nearly identical amicus filings. Defendants believe that if the cases are related, under the Local Rules of both this Court and the Northern District of California they should be related before this Court, as this action was the first filed. *See* D.D.C. Local Rule 40.5(c)(2) ("If the Calendar and Case Management Committee finds that good cause exists for the transfer, it shall assign the case to the judge having the earlier case."); N.D. Cal. Local Rule 3-12(f) ("If any Judge decides that any of the cases are related, pursuant to the Assignment Plan, the Clerk shall reassign all related higher-numbered cases to that Judge and shall notify the parties and the affected Judges accordingly."). In response to an order issued in *Centro Legal*, on February 23, 2021, Defendants filed a Notice of Pendency of

Other Action or Proceeding in that case informing the court of the pendency of the instant earlier-filed case. *See* Exhibit A.

|  |  |
|---|---|
|  | Respectfully submitted, |
| CHANNING D. PHILLIPS<br>Acting United States Attorney | BRIAN BOYNTON<br>Acting Assistant Attorney General |
| BRIAN P. HUDAK<br>Acting Chief, Civil Division | AUGUST E. FLENTJE<br>Special Counsel |
| APRIL DENISE SEABROOK<br>Assistant United States Attorney | DAVID M. McCONNELL<br>Director |
|  | PAPU SANDHU<br>Assistant Director |
|  | *s/ Christina P. Greer*<br>CHRISTINA P. GREER<br>Senior Litigation Counsel<br>U.S. Department of Justice, Civil Division<br>Office of Immigration Litigation<br>P.O. Box 878, Ben Franklin Station<br>Washington, DC 20044<br>Tel: (202) 598-8770<br>Email: Christina.P.Greer@usdoj.gov |
| Dated: March 3, 2021 | *Attorneys for Defendants* |