## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHOLIC LEGAL IMMIGRATION NETWORK, et al., <br><br> Plaintiffs, <br><br> v. <br><br> EXECUTIVE OFFICE FOR IMMIGRATION REVIEW, et al., <br><br> Defendants. | Civil Action No. 1:21-cv-00094 <br><br> Hon. Richard J. Leon |

## NOTICE OF APPEARANCE OF COUNSEL

To:    Clerk of Court and All Parties of Record

I am admitted or otherwise authorized to practice in this court (*see* February 24, 2021, Minute Order granting Motion for Admission *Pro Hac Vice* of Katherine A. Vaky), and I appear in this case as counsel for Amicus parties ASISTA Immigration Assistance, Asian Pacific Institute on Gender-Based Violence, Casa de Esperanza, Freedom Network USA, Futures Without Violence, National Alliance to End Sexual Violence, National Coalition Against Domestic Violence, National Domestic Violence Hotline, National Network to End Domestic Violence, and Her Justice.

Dated: March 5, 2021                               MORGAN, LEWIS & BOCKIUS LLP


                                                   By: /s/ Katherine A. Vaky
                                                       *Admitted Pro Hac Vice*
                                                       katherine.vaky@morganlewis.com

                                                   One Oxford Centre
                                                   Thirty-Second Floor
                                                   Pittsburgh, PA  15219-6401
                                                   Telephone:   +1.412.560.3300
                                                   Facsimile:   +1.412.560.7001

                                                   *Attorneys for Amicus parties ASISTA Immigration Assistance, Asian Pacific Institute on Gender-Based Violence, Casa de Esperanza, Freedom Network USA, Futures Without Violence, National Alliance to End Sexual Violence, National Coalition Against Domestic Violence, National Domestic Violence Hotline, National Network to End Domestic Violence, and Her Justice.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed electronically. Service of this filing will be made upon all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's ECF filing system.

/s/ Katherine A. Vaky
Katherine A. Vaky
*Admitted Pro Hac Vice*
