UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHOLIC LEGAL IMMIGRATION NETWORK INC., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>EXECUTIVE OFFICE FOR IMMIGRATION REVIEW, *et al.*,<br><br>Defendants. | Civil Action No. 1:21-cv-00094-RJL |

**NOTICE OF INJUNCTION**

## NOTICE OF INJUNCTION

Defendants hereby notify the Court that another court has enjoined the implementation of the regulation at issue in this case. *Centro Legal de la Raza v. Exec. Office for Immigration Review*, No. 21-cv-00463-SI (N.D. Cal. Mar. 10, 2021). The order is attached.

Respectfully submitted,

Dated: March 11, 2021

By: */s/ Christina P. Greer*
CHRISTINA P. GREER
Senior Litigation Counsel
Office of Immigration Litigation
U.S. Department of Justice, Civil Division
450 5th Street NW
Washington, DC 20530
Tel. (202) 598-8770
Christina.P.Greer@usdoj.gov

*Counsel for Defendants*