## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHOLIC LEGAL IMMIGRATION NETWORK INC., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>EXECUTIVE OFFICE FOR IMMIGRATION REVIEW, *et al.*,<br><br>Defendants. | Civil Action No. 1:21-cv-00094-RJL |

## **[PROPOSED] ORDER**

Upon consideration of the parties' joint motion, it is hereby ORDERED that this case is stayed to allow Defendants time to review the Rule at issue in this litigation, *Appellate Procedures and Decisional Finality in Immigration Proceedings; Administrative Closure*, 85 Fed. Reg. 81,588 (Dec. 16, 2021) (Rule). The parties shall submit a joint status report within 90 days of the date of this order.

SO ORDERED.

Dated: _____        _____
                                                                                    Hon. Richard J. Leon
                                                                                    United States District Judge