UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHOLIC LEGAL IMMIGRATION NETWORK INC., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>EXECUTIVE OFFICE FOR IMMIGRATION REVIEW, *et al.*,<br><br>Defendants. | Civil Action No. 21-0094 (RJL) |

**DEFENDANTS' MOTION TO STAY PROCEEDINGS,
AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

Pursuant to the inherent authority of the Court, Defendants respectfully move to stay all proceedings in this matter. Pursuant to Local Civil Rule 7(m), the parties have conferred; Plaintiffs state that they take no position on this motion. In support of this motion, Defendants state:

**BACKGROUND**

Plaintiffs are five legal services organizations that challenged the legality of an administrative rule promulgated and issued by Defendants: *Appellate Procedures and Decisional Finality in Immigration Proceedings; Administrative Closure*, 85 Fed. Reg. 81,588 (Dec. 16, 2020) (the "Rule"). On February 1, 2021, Plaintiffs filed a Motion to Stay Agency Action Under 5 U.S.C. § 705 And/Or for a Preliminary Injunction [ECF No. 9] ("Motion to Stay"). On March 4, 2021, the Court held oral argument regarding Plaintiffs' Motion to Stay. On March 10, 2021, in the related case of *Centro Legal de la Raza v. Exec. Office for Immigration Review*, Civ. A. No. 21-0463-SI (N.D. Cal.) ("*Centro Legal*"), which challenges the Rule at issue in this case, the Honorable Judge Susan Illston of the Northern District of California issued a preliminary

injunction enjoining the implementation of the Rule and staying the effectiveness of the Rule. *See* ECF No. 42 (Defendants' Notice of Injunction). On April 4, 2021, the Court granted Plaintiffs' Motion to Stay and postponed the Rule's effective date pending the outcome of this litigation. ECF No. 46.

## LEGAL STANDARD

"[T]he District Court has broad discretion to stay proceedings as an incident to its power to control its own docket." *Clinton v. Jones*, 520 U.S. 681, 706 (1997) (citing *Landis v. N. Am. Co*. 299 U.S. 248, 254 (1936)); *Air Line Pilots Ass'n v. Miller*, 523 U.S. 866, 879 n.6 (1998) ("The power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants" and "[h]ow this can best be done calls for the exercise of judgment, which must weigh competing interests and maintain an even balance").

## ARGUMENT

Defendants ask that the Court hold in abeyance all proceedings in this matter. As counsel for the Government stated during the hearing on March 4, 2021, the Rule at issue in this proceeding is under review by the U.S. Department of Justice (the "Department"). Defendants further represent to the Court that the Government does not plan to appeal the Court's April 4, 2021, decision to postpone the Rule's effective date. Granting a stay of all proceedings will allow Defendants and the Department's leadership to continue its ongoing review of the Rule and further consider the issues in this case, the results of which may obviate the need for further litigation.

As part of the stay in proceedings, Defendants respectfully request that the Court hold in abeyance all deadlines, including (but not limited to) Defendants' April 9, 2021, deadline to file their responsive pleading. Entering a stay of proceedings will best preserve the parties' and the Court's resources and serve the interests of judicial economy and will not prejudice Plaintiffs.

Defendants further propose that they submit a Status Report to the Court in 90 days updating the Court on the status of the Rule.

Finally, in the event that the Court denies this motion, Defendants request an extension of time to file Defendants' responsive pleading from April 9, 2021, to June 9, 2021.

## CONCLUSION

For the foregoing reasons, Defendants respectfully request that the Court issue an Order that (i) stays all proceedings and current deadlines; and (ii) permits Defendants to file a Status Report in 90 days, i.e., on July 7, 2021.

Respectfully submitted,

| | |
|---|---|
| CHANNING D. PHILLIPS<br>Acting United States Attorney | BRIAN M. BOYNTON<br>Acting Assistant Attorney General |
| BRIAN P. HUDAK<br>Acting Chief, Civil Division | AUGUST E. FLENTJE<br>Special Counsel |
| APRIL DENISE SEABROOK<br>Assistant United States Attorney | DAVID M. McCONNELL<br>Director |
| | PAPU SANDHU<br>Assistant Director |
| | *s/ Christina P. Greer*<br>CHRISTINA P. GREER<br>Senior Litigation Counsel<br>U.S. Department of Justice, Civil Division<br>Office of Immigration Litigation<br>P.O. Box 878, Ben Franklin Station<br>Washington, DC 20044<br>Tel: (202) 598-8770<br>Email: Christina.P.Greer@usdoj.gov |
| Dated: April 8, 2021 | *Attorneys for Defendants* |