# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHOLIC LEGAL IMMIGRATION NETWORK INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> EXECUTIVE OFFICE FOR IMMIGRATION REVIEW, *et al.*, <br><br> Defendants. | Civil Action No. 1:21-cv-00094-RJL |

## [PROPOSED] ORDER

Upon consideration of Defendants' motion, it is hereby ORDERED that this case and all deadlines are stayed to allow Defendants time to review the Rule at issue in this litigation, *Appellate Procedures and Decisional Finality in Immigration Proceedings; Administrative Closure*, 85 Fed. Reg. 81,588 (Dec. 16, 2021) (Rule). Defendants shall submit a status report within 90 days of the date of this order.

SO ORDERED.

Dated: _____           _____
                                                                                   Hon. Richard J. Leon
                                                                                   United States District Judge