# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Catholic Legal Immigration Network, Inc., et al.,<br><br>　　　　　　Plaintiffs,<br><br>-v.-<br><br>Executive Office for Immigration Review, et al.,<br><br>　　　　　　Defendants. | Civil Action No. 1:21-cv-00094-RJL<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

　　　PLEASE TAKE NOTICE THAT I, Daniel J. Suvor, respectfully move the Court for an order permitting the withdrawal of Margaret L. Carter as counsel for *Amicus Curiae* the County of Los Angeles in this matter. The County will continue to be represented by other counsel who have already filed an appearance in this matter.

Dated: May 14, 2021　　　　　　　　　　　Respectfully submitted,
　　　　Los Angeles, California
　　　　　　　　　　　　　　　　　　　　　　*S/ Daniel R. Suvor*

　　　　　　　　　　　　　　　　　　　　　Daniel R. Suvor
　　　　　　　　　　　　　　　　　　　　　O'Melveny & Myers, LLC
　　　　　　　　　　　　　　　　　　　　　400 South Hope Street, 18th Floor
　　　　　　　　　　　　　　　　　　　　　Los Angeles, California 90071-2899
　　　　　　　　　　　　　　　　　　　　　Telephone: 213.430.6000
　　　　　　　　　　　　　　　　　　　　　E-mail: dsuvor@omm.com

　　　　　　　　　　　　　　　　　　　　　Counsel for *Amicus Curiae* the County of Los Angeles, California