IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHOLIC LEGAL IMMIGRATION NETWORK, INC., *et al.*,<br><br>     *Plaintiff*,<br><br>v.<br><br>EXECUTIVE OFFICE FOR IMMIGRATION REVIEW, *et al.*,<br><br>     *Defendants*. | Case No. 21-cv-00094 (RJL) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

By this Notice, Benjamin Seel hereby withdraws his appearance as counsel for Plaintiffs.

Plaintiffs continue to be represented by the remaining counsel of record in this matter.

Dated: June 30, 2021

Respectfully submitted,

/s/ *Benjamin Seel*
Benjamin Seel (D.C. Bar No. 1035286)
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
(202) 448-9090
bseel@democracyforward.org

*Counsel for Plaintiffs*