# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHOLIC LEGAL IMMIGRATION NETWORK INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> EXECUTIVE OFFICE FOR IMMIGRATION REVIEW, *et al.*, <br><br> Defendants. | Civil Action No. 21-0094 (RJL) |

## JOINT STATUS REPORT

**REPORT**

On April 18, 2021, the Court granted the Department of Justice's request to stay proceedings and ordered the Department to "submit a status report no later than July 19, 2021 regarding the status of defendants' review of the Rule at issue" and to "confer with plaintiffs and include in the status report a proposal for further proceedings." The parties filed a joint status report, after which the Court ordered that all proceedings and deadlines in the case remain stayed and ordered the Department to "submit a status report no later than October 18, 2021 regarding the status of defendants' review of the Rule at issue" and to "confer with plaintiffs and include in the status report a proposal for further proceedings."

The Department hereby informs the Court that the Rule at issue in this case, Appellate Procedures and Decisional Finality in Immigration Proceedings; Administrative Closure, 85 Fed. Reg. 81,588 (Dec. 16, 2020), remains under review by the Department. The Department has represented to Plaintiffs that it has made progress in its review, as evidenced by the Rule's inclusion in the Executive Branch's Spring 2021 Unified Agenda of Regulatory and Deregulatory Actions. *See* https://www.reginfo.gov/public/do/eAgendaViewRule?pubId=202104&RIN=1125-AB18.

The parties have met and conferred by email and agree that the case should remain stayed to allow the regulatory process to proceed and propose submitting another joint status report in 90 days. The parties further agree that the Court's stay under 5 U.S.C. § 705 should remain in place for the duration of the stay in proceedings.

//

//

//

Respectfully submitted,

By: */s/ Keren Zwick*  
    KEREN ZWICK  
    National Immigrant Justice Center  
    224 S. Michigan Ave.  
    Suite 600  
    Chicago, IL 60604  
    Tel. (312) 660-1364  
    kzwick@heartlandalliance.org  

*Counsel for Plaintiffs*

By: */s/ Christina P. Greer*  
    CHRISTINA P. GREER  
    Senior Litigation Counsel  
    U.S. Department of Justice, Civil Division  
    P.O. Box 878, Ben Franklin Station  
    Washington, DC 20044  
    Tel. (202) 598-8770  
    Christina.P.Greer@usdoj.gov  

*Counsel for Defendants*

Dated: October 18, 2021