AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Catholic Legal Immigration Network, Inc. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:21-cv-00094-RJL |
| EOIR | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants.

Date: 01/06/2022

/s// Brendan T. Moore
*Attorney's signature*

Brendan Moore, 6293415
*Printed name and bar number*

Office of Immigration Litigation
U.S. Department of Justice, Civil Division
450 5th Street NW
Washington D.C. 20530
*Address*

brendan.t.moore@usdoj.gov
*E-mail address*

(202) 598-8173
*Telephone number*

*FAX number*