UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHOLIC LEGAL IMMIGRATION NETWORK INC., *et al.*,<br><br>Plaintiffs,<br><br> v.<br><br>EXECUTIVE OFFICE FOR IMMIGRATION REVIEW, *et al.*,<br><br>Defendants. | Civil Action No. 21-0094 (RJL) |

**JOINT STATUS REPORT**

**REPORT**

On April 18, 2021, the Court granted the Department of Justice's request to stay proceedings and ordered the Department to "submit a status report no later than July 19, 2021 regarding the status of defendants' review of the Rule at issue" and to "confer with plaintiffs and include in the status report a proposal for further proceedings." The parties filed a joint status report, after which the Court ordered that all proceedings and deadlines in the case remain stayed and ordered the Department to "submit a status report no later than October 18, 2021 regarding the status of defendants' review of the Rule at issue" and to "confer with plaintiffs and include in the status report a proposal for further proceedings." The parties filed a joint status report on October 18, 2021, after which the Court again ordered that all proceedings and deadlines in the case remain stayed and ordered the Department to "submit a joint status report no later than January 18, 2022 including a proposal for further proceedings."

Finally, on January 18, 2022, the parties filed their most recent joint status report, after which the Court again ordered that all proceedings and deadlines in the case remain stayed and ordered the Department to "submit a joint status report no later than April 19, 2022 including a proposal for further proceedings."

The Department hereby informs the Court that the Rule at issue in this case, Appellate Procedures and Decisional Finality in Immigration Proceedings; Administrative Closure, 85 Fed. Reg. 81,588 (Dec. 16, 2020), remains under review by the Department. The Department has represented to Plaintiffs that it has made progress in its review, as evidenced by the Rule's inclusion in the Executive Branch's Fall 2021 Unified Agenda of Regulatory and Deregulatory Actions. *See* https://www.reginfo.gov/public/do/eAgendaViewRule?pubId=202110&RIN=1125-AB18.

The parties have met and conferred by email and agree that the case should remain stayed to allow the regulatory process to proceed and propose submitting another joint status report in 90 days. The parties further agree that the Court's stay under 5 U.S.C. § 705 should remain in place for the duration of the stay in proceedings.

Respectfully submitted,

| | | | |
|---|---|---|---|
| By: | */s/ Keren Zwick*<br>KEREN ZWICK<br>National Immigrant Justice Center<br>224 S. Michigan Ave.<br>Suite 600<br>Chicago, IL 60604<br>Tel. (312) 660-1364<br>kzwick@heartlandalliance.org<br><br>*Counsel for Plaintiffs* | By: | */s/ Christina P. Greer*<br>CHRISTINA P. GREER<br>Senior Litigation Counsel<br>U.S. Department of Justice, Civil Division<br>P.O. Box 878, Ben Franklin Station<br>Washington, DC 20044<br>Tel. (202) 598-8770<br>Christina.P.Greer@usdoj.gov<br><br>*Counsel for Defendants* |

Dated: April 19, 2022