# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CATHOLIC LEGAL IMMIGRATION NETWORK, INC., et al.,  )<br>)<br>Plaintiffs,  )<br>)<br>v.  )<br>)<br>EXECUTIVE OFFICE FOR IMMIGRATION REVIEW, et al.,  )<br>)<br>Defendants.  ) | Civil Action 21-0094 (RJC) |

## NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Brenda González Horowitz as counsel for defendants in this action and withdraw the appearance of Assistant United States Attorney April Seabrook.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:  ___/s/_____
BRENDA GONZÁLES HOROWITZ
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
(202) 252-2512
brenda.gonzalez.horowitz@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on August 9, 2022, I caused a copy of the foregoing Notice of Substitution of Counsel to be served by the court's Electronic Court Filing system.

　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　BRENDA GONZÁLES HOROWITZ
　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　601 D Street, N.W.
　　　　　　　　　　　　　　　　Washington, D.C. 20530
　　　　　　　　　　　　　　　　(202) 252-2512
　　　　　　　　　　　　　　　　brenda.gonzalez.horowitz@usdoj.gov