UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHOLIC LEGAL IMMIGRATION NETWORK INC., *et al.*,<br><br>Plaintiffs,<br><br> v.<br><br>EXECUTIVE OFFICE FOR IMMIGRATION REVIEW, *et al.*,<br><br>Defendants. | Civil Action No. 21-0094 (RJL) |

**JOINT STATUS REPORT**

## REPORT

On April 18, 2021, the Court granted the Department of Justice's request to stay proceedings and ordered the Department to "submit a status report no later than July 19, 2021 regarding the status of defendants' review of the Rule at issue" and to "confer with plaintiffs and include in the status report a proposal for further proceedings."  The parties filed joint status reports, on October 18, 2021; January 18, 2022; April 19, 2022; July 19, 2022, and October 19, 2022; each following this Court's instruction to provide an update every 90 days "regarding the status of defendants' review of the Rule at issue" and to "confer with plaintiffs and include in the status report a proposal for further proceedings."  After the most recent joint status report, filed on October 19, 2022, the Court again ordered that all proceedings and deadlines in the case remain stayed and ordered the parties to "submit a joint status report no later than January 19, 2023 including a proposal for further proceedings."

The Department hereby informs the Court that the Rule at issue in this case, Appellate Procedures and Decisional Finality in Immigration Proceedings; Administrative Closure, 85 Fed. Reg. 81,588 (Dec. 16, 2020), remains under review by the Department.  The Department has represented to Plaintiffs that it has made progress in its review, as evidenced by the Rule's inclusion in the Executive Branch's Fall 2022 Unified Agenda of Regulatory and Deregulatory Actions.  *See* https://www.reginfo.gov/public/do/eAgendaViewRule?pubId=202210&RIN=1125-AB18.  The Department acknowledges that the Fall Agenda provides the anticipated month of publication for a Notice of Proposed Rulemaking as December 2022, which has passed.  However, the Department notes as evidence of progress that the entry in the Fall Agenda includes substantially more information regarding the rulemaking than did the entry in the Spring Agenda.[*]

---

[*] *Compare* https://www.reginfo.gov/public/do/eAgendaViewRule?pubId=202204&RIN=1125-

The parties have met and conferred by email and agree that the case should remain stayed to allow the regulatory process to proceed and propose submitting another joint status report in 90 days. The parties further agree that the Court's stay under 5 U.S.C. § 705 should remain in place for the duration of the stay in proceedings.

Respectfully submitted,

| | | | |
|---|---|---|---|
| By: | /s/ Keren Zwick<br>KEREN ZWICK<br>National Immigrant Justice Center<br>224 S. Michigan Ave.<br>Suite 600<br>Chicago, IL 60604<br>Tel. (312) 660-1364<br>kzwick@heartlandalliance.org | By: | /s/ Christina P. Greer<br>CHRISTINA P. GREER<br>Senior Litigation Counsel<br>U.S. Department of Justice, Civil Division<br>P.O. Box 878, Ben Franklin Station<br>Washington, DC 20044<br>Tel. (202) 598-8770<br>Christina.P.Greer@usdoj.gov |
| | *Counsel for Plaintiffs* | | *Counsel for Defendants* |

Dated: January 19, 2023

---

AB18 (spring 2022 entry) *with* https://www.reginfo.gov/public/do/eAgendaViewRule?pubId=202210&RIN=1125-AB18 (fall 2022 entry).