UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHOLIC LEGAL IMMIGRATION NETWORK INC., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>EXECUTIVE OFFICE FOR IMMIGRATION REVIEW, *et al.*,<br><br>Defendants. | Civil Action No. 21-0094 (RJL) |

**JOINT STATUS REPORT**

**REPORT**

On April 18, 2021, the Court granted the Department of Justice's request to stay proceedings and ordered the Department to "submit a status report no later than July 19, 2021 regarding the status of defendants' review of the Rule at issue" and to "confer with plaintiffs and include in the status report a proposal for further proceedings." The parties filed joint status reports, on October 18, 2021; January 18, 2022; April 19, 2022; July 19, 2022, October 19, 2022, and January 19, 2023; each following this Court's instruction to provide an update every 90 days "regarding the status of defendants' review of the Rule at issue" and to "confer with plaintiffs and include in the status report a proposal for further proceedings." After the most recent joint status report, filed on January 19, 2023, the Court again ordered that all proceedings and deadlines in the case remain stayed and ordered the parties to "submit a joint status report no later than April 19, 2023 including a proposal for further proceedings."

The Department hereby informs the Court that the Department has made substantial progress towards the publication of a Notice of Proposed Rulemaking (NPRM) that would, once final, materially affect the Rule at issue in this case, Appellate Procedures and Decisional Finality in Immigration Proceedings; Administrative Closure, 85 Fed. Reg. 81,588 (Dec. 16, 2020). As noted in the status report filed on January 19, 2023, the Fall 2022 Unified Agenda of Regulatory and Deregulatory Actions included significantly more information about the potential upcoming NPRM than previous Unified Agendas. Specifically, the Agenda included the following:

> On December 16, 2020, the Department amended the regulations related to processing of appeals and administrative closure. Appellate Procedures and Decisional Finality in Immigration Proceedings; Administrative Closure, 85 FR 81588 (RIN 1125-AA96). In light of Executive Orders 14010 and 14012, 86 FR 8267 (Feb. 2, 2021) and 86 FR 8277 (Feb. 2, 2021), the Department reconsidered its position on those matters and now issues this proposed rule to revise the regulations accordingly and make other

related amendments. This proposed rule clarifies immigration judge and [Board of Immigration Appeals] authority, including providing general administrative closure authority and the ability to sua sponte reopen and reconsider cases. The proposed rule also revises [Board of Immigration Appeals] standards involving adjudication timelines, briefing schedules, self-certification, remands, background checks, administrative notice, and voluntary departure. Lastly, the proposed rule removes the [Executive Office for Immigration Review] Director's authority to issue decisions in certain cases, removes the ability of immigration judges to certify cases for quality assurance, and revises procedures for the forwarding of the record on appeal, as well as other minor revisions.

*See* https://www.reginfo.gov/public/do/eAgendaViewRule?pubId=202210&RIN=1125-AB18.

Since publishing this description of the upcoming proposed rule, the Department has submitted a draft NPRM for review by the Office of Information and Regulatory Affairs ("OIRA") of the Office of Management and Budget, which was received on April 7, 2023. The status of that review is available here: https://www.reginfo.gov/public/jsp/EO/eoDashboard.myjsp. Because the website is dynamic, the Department includes the below screenshot to show the status of the NPRM with OIRA as of the date of filing:

```
AGENCY: DOJ-EOIR                                    RIN: 1125-AB18                        Status: Pending Review
TITLE: Appellate Procedures and Decisional Finality in Immigration Proceedings; Administrative Closure
STAGE: Proposed Rule                                SECTION 3(f)(1) SIGNIFICANT: No
RECEIVED DATE: 04/07/2023                           LEGAL DEADLINE: None
```

The parties have met and conferred by email and agree that the case should remain stayed to allow the regulatory process to proceed and propose submitting another joint status report in 90 days. The parties further agree that the Court's stay under 5 U.S.C. § 705 should remain in place for the duration of the stay in proceedings.

Respectfully submitted,

By:   */s/ Keren Zwick*            By:   */s/ Christina P. Greer*
       KEREN ZWICK                                   CHRISTINA P. GREER
       National Immigrant Justice Center       Senior Litigation Counsel
       224 S. Michigan Ave.                        U.S. Department of Justice, Civil Division
       Suite 600                                        P.O. Box 878, Ben Franklin Station
       Chicago, IL 60604                           Washington, DC 20044
       Tel. (312) 660-1364                          Tel. (202) 598-8770
       kzwick@heartlandalliance.org          Christina.P.Greer@usdoj.gov

       *Counsel for Plaintiffs*                          *Counsel for Defendants*

Dated: April 18, 2023