UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHOLIC LEGAL IMMIGRATION NETWORK INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> EXECUTIVE OFFICE FOR IMMIGRATION REVIEW, *et al.*, <br><br> Defendants. | Civil Action No. 21-0094 (RJL) |

**JOINT STATUS REPORT**

**REPORT**

On April 18, 2021, the Court granted the Department of Justice's request to stay proceedings and ordered the Department to "submit a status report no later than July 19, 2021 regarding the status of defendants' review of the Rule at issue" and to "confer with plaintiffs and include in the status report a proposal for further proceedings." The parties filed joint status reports, on October 18, 2021; January 18, 2022; April 19, 2022; July 19, 2022, October 19, 2022, and January 19, 2023; each following this Court's instruction to provide an update every 90 days "regarding the status of defendants' review of the Rule at issue" and to "confer with plaintiffs and include in the status report a proposal for further proceedings." After the most recent joint status report, filed on April 19, 2023, the Court again ordered that all proceedings and deadlines in the case remain stayed and ordered the parties to "submit a joint status report no later than July 19, 2023 including a proposal for further proceedings."

The Department hereby informs the Court that the Department has made substantial progress towards the publication of a Notice of Proposed Rulemaking (NPRM) that would, once final, materially affect the Rule at issue in this case, Appellate Procedures and Decisional Finality in Immigration Proceedings; Administrative Closure, 85 Fed. Reg. 81,588 (Dec. 16, 2020). Since the April 19, 2023, status report, the Executive Branch has published the Spring 2022 Unified Agenda of Regulatory and Deregulatory Actions, which provides June 2023 as the goal for publishing the NPRM. Although the NPRM has not yet been published, as noted in the prior April 2023 status report, a draft has been submitted for review by the Office of Information and Regulatory Affairs ("OIRA") of the Office of Management and Budget. The draft NPRM remains under review by OIRA. The status of that review is available here: https://www.reginfo.gov/public/jsp/EO/eoDashboard.myjsp. Because the website is dynamic, the

Department includes the below screenshot to show the status of the NPRM with OIRA as of the date of filing:

```
AGENCY: DOJ-EOIR                                          RIN: 1125-AB18                          Status: Pending Review
TITLE: Appellate Procedures and Decisional Finality in Immigration Proceedings; Administrative Closure
STAGE: Proposed Rule                                      SECTION 3(f)(1) SIGNIFICANT: No
RECEIVED DATE: 04/07/2023                                 LEGAL DEADLINE: None
```

The parties have met and conferred by email and agree that the case should remain stayed to allow the regulatory process to proceed and propose submitting another joint status report in 90 days. The parties further agree that the Court's stay under 5 U.S.C. § 705 should remain in place for the duration of the stay in proceedings.

Respectfully submitted,

By:  /s/ Keren Zwick  
KEREN ZWICK  
National Immigrant Justice Center  
224 S. Michigan Ave.  
Suite 600  
Chicago, IL 60604  
Tel. (312) 660-1364  
kzwick@heartlandalliance.org  

*Counsel for Plaintiffs*

By:  /s/ Christina P. Greer  
CHRISTINA P. GREER  
Senior Litigation Counsel  
U.S. Department of Justice, Civil Division  
P.O. Box 878, Ben Franklin Station  
Washington, DC 20044  
Tel. (202) 598-8770  
Christina.P.Greer@usdoj.gov  

*Counsel for Defendants*

Dated: July 19, 2023