AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| CATHOLIC LEGAL IMMIGRATION NETWORK, INC )<br>*Plaintiff* )<br>v. )<br>EXECUTIVE OFFICE FOR IMMIGRATION REVIEW )<br>*Defendant* ) | Case No.   1:21-cv-00094-RJL |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

EXECUTIVE OFFICE FOR IMMIGRATION REVIEW et al.

Date: 07/21/2023

/s/ Ernesto H. Molina
*Attorney's signature*

Ernesto H. Molina (CA181304)
*Printed name and bar number*

Po BOX 878
Ben Franklin Station
Washington, DC 20044
*Address*

mandamus.oil@usdoj.gov
*E-mail address*

(202) 616-9344
*Telephone number*

*FAX number*