# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHOLIC LEGAL IMMIGRATION NETWORK, INC. et al, <br><br> Plaintiff, <br> v. <br><br> EXECUTIVE OFFICE FOR IMMIGRATION REVIEW et al., <br><br> Defendant. | Civil Action No. 1:21-cv-00094-RJL |

## NOTICE OF WITHDRAWAL

Sean A. Lev withdraws his appearance as counsel for Plaintiff. Plaintiff continues to be represented in this matter by Jeffrey B. Dubner and Benjamin M. Seel.

Dated: September 28, 2023

Respectfully submitted,

*/s/ Sean A. Lev*
Sean A. Lev (DC Bar No. 449936)
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
(202) 448-9090
slev@democracyforward.org

*/s/ Jeffrey B. Dubner*
Jeffrey B. Dubner (DC Bar No. 1013399)
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
(202) 448-9090
jdubner@democracyforward.org

*/s/ Benjamin M. Seel*
Benjamin M. Seel (DC Bar No. 1035286)
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
(202) 448-9090
bseel@democracyforward.org

*Counsel for Plaintiff*