UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CATHOLIC LEGAL IMMIGRATION
NETWORK INC., *et al.*,

Plaintiffs,

v.

EXECUTIVE OFFICE FOR
IMMIGRATION REVIEW, *et al.*,

Defendants.

Civil Action No. 1:21-cv-00094-RJL

**JOINT STATUS REPORT**

**REPORT**

On April 18, 2021, the Court granted the Department of Justice's request to stay proceedings and ordered the Department to "submit a status report no later than July 19, 2021 regarding the status of defendants' review of the Rule at issue" and to "confer with plaintiffs and include in the status report a proposal for further proceedings." The parties filed joint status reports, on October 18, 2021; January 18, 2022; April 19, 2022; July 19, 2022, October 19, 2022, January 19, 2023, April 19, 2023, July 19, 2023, and October 19, 2023; each following this Court's instruction to provide an update every 90 days "regarding the status of defendants' review of the Rule at issue" and to "confer with plaintiffs and include in the status report a proposal for further proceedings." After the most recent joint status report, filed on October 19, 2023, the Court again ordered that all proceedings and deadlines in the case remain stayed and ordered the parties to "submit a joint status report no later than January 19, 2024, including a proposal for further proceedings."

The Department reports that it has published a Notice of Proposed Rulemaking (NPRM) that would, once final, materially affect the Rule at issue in this case, Appellate Procedures and Decisional Finality in Immigration Proceedings; Administrative Closure, 85 Fed. Reg. 81,588 (Dec. 16, 2020). *See* Appellate Procedures and Decisional Finality in Immigration Proceedings; Administrative Closure, 88 Fed. Reg. 62,242 (Sept. 8, 2023) (attached as Exhibit A). The comment period ended on November 7, 2023, and the Department has identified March 2024 as a timeline for publishing a final rule in the recently issued Fall 2023 Unified Agenda of Regulatory and Deregulatory Action.[1]

The parties have met and conferred by email and agree that the case should remain stayed

---

[1] *See* https://www.reginfo.gov/public/do/eAgendaViewRule?pubId=202310&RIN=1125-AB18.

to allow the regulatory process to proceed and propose submitting another joint status report in 90 days. The parties further agree that the Court's stay under 5 U.S.C. § 705 should remain in place for the duration of the stay in proceedings.

Respectfully submitted,

| | | | |
|---|---|---|---|
| By: | */s/ Keren Zwick* <br> KEREN ZWICK <br> National Immigrant Justice Center <br> 224 S. Michigan Ave. <br> Suite 600 <br> Chicago, IL 60604 <br> Tel. (312) 660-1364 <br> kzwick@heartlandalliance.org <br><br> *Counsel for Plaintiffs* | By: | */s/ Christina P. Greer* <br> CHRISTINA P. GREER <br> Senior Litigation Counsel <br> U.S. Department of Justice, Civil Division <br> P.O. Box 878, Ben Franklin Station <br> Washington, DC 20044 <br> Tel. (202) 598-8770 <br> Christina.P.Greer@usdoj.gov <br><br> *Counsel for Defendants* |

Dated: January 19, 2024