# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHOLIC LEGAL IMMIGRATION NETWORK, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> EXECUTIVE OFFICE FOR IMMIGRATION REVIEW, et al., <br><br> Defendants. | Civil Action 21-0094 (RJC) |

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that Jeffrey B. Dubner of Democracy Forward Foundation hereby withdraws his appearance in the above-captioned case on behalf of Plaintiffs Catholic Legal Immigration Network, Inc., Brooklyn Defender Services, National Immigrant Justice Center, Hebrew Immigrant Aid Society, and Florence Immigrant and Refugee Rights Project. Democracy Forward Foundation and its attorneys that have appeared will continue to appear on behalf of Plaintiffs in this action.

Dated: March 8, 2024

Respectfully submitted,

/s/ *Jeffrey B. Dubner*
JEFFREY B. DUBNER
Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20002
(202) 448-9090
jdubner@democracyforward.org

## CERTIFICATE OF SERVICE

I certify that on March 8, 2024, I caused a copy of the foregoing Notice of Withdrawal of Counsel to be served by the court's Electronic Court Filing system.

        /s/ *Jeffrey B. Dubner*
JEFFREY B. DUBNER
Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20002
(202) 448-9090
jdubner@democracyforward.org