## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHOLIC LEGAL IMMIGRATION NETWORK INC., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>EXECUTIVE OFFICE FOR IMMIGRATION REVIEW, *et al.*,<br><br>Defendants. | Civil Action No. 1:21-cv-00094-RJL |

## NOTICE

Defendants through undersigned counsel hereby inform the Court that on May 29, 2024, the Department of Justice published the attached rule, *Efficient Case and Docket Management in Immigration Proceedings*, 89 Fed. Reg. 46,742 (May 29, 2024) (final rule), which finalizes the proposals in the notice of proposed rulemaking, *Appellate Procedures and Decisional Finality in Immigration Proceedings; Administrative Closure*, 88 Fed. Reg. 62,242 (Sept. 8, 2023), that the parties first noted to the Court in their October 19, 2023, joint status report. The final rule will become effective on July 29, 2024. Undersigned counsel has notified Plaintiffs' counsel of this development, and the parties are discussing the impact of the final rule on this litigation.

                                                   Respectfully submitted,

                            By:    /s/ *Christina P. Greer*
                                      CHRISTINA P. GREER
                                      Senior Litigation Counsel
                                      U.S. Department of Justice, Civil Division
                                      P.O. Box 878, Ben Franklin Station
                                      Washington, DC 20044
                                      Tel. (202) 598-8770
                                      Christina.P.Greer@usdoj.gov

Dated: June 13, 2024                                  *Counsel for Defendants*