AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Catholic Legal Immigration Network, Inc. et al ) <br> *Plaintiff* ) <br> v. ) <br> Executive Office For Immigration Review et al ) <br> *Defendant* ) | Case No.  1:21-cv-94 |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Executive Office For Immigration Review et al    .

Date:  09/06/2024

/s/ J.Bashyrov
*Attorney's signature*

Jacob A. Bashyrov, MD Att'y ID 0412140055
*Printed name and bar number*

US DEPARTMENT OF JUSTICE, CIVIL DIVISION,OFFICE OF IMMIGRATION LITIGATION
PO BOX 878, BEN FRANKLIN STATION,
WASHINGTON, DC 20044
*Address*

Jacob.Bashyrov@usdoj.gov
*E-mail address*

(202) 598-0919
*Telephone number*

*FAX number*