UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHOLIC LEGAL IMMIGRATION NETWORK INC., *et al.*,<br><br>Plaintiffs,<br><br> v.<br><br>EXECUTIVE OFFICE FOR IMMIGRATION REVIEW, *et al.*,<br><br>Defendants. | Civil Action No. 1:21-cv-00094-RJL |

**JOINT STATUS REPORT**

**REPORT**

On April 18, 2021, the Court granted the Department of Justice's request to stay proceedings and ordered the Department to "submit a status report no later than July 19, 2021 regarding the status of defendants' review of the Rule at issue" and to "confer with plaintiffs and include in the status report a proposal for further proceedings." The parties filed joint status reports, on October 18, 2021; January 18, 2022; April 19, 2022; July 19, 2022, October 19, 2022, January 19, 2023, April 19, 2023, July 19, 2023, October 19, 2023, January 19, 2024, and April 18, 2024; each following this Court's instruction to provide an update every 90 days "regarding the status of defendants' review of the Rule at issue" and to "confer with plaintiffs and include in the status report a proposal for further proceedings." After the most recent joint status report, filed on July 17, 2024, the Court again ordered that all proceedings and deadlines in the case remain stayed and ordered the parties to "submit a joint status report no later than October 17, 2024, including a proposal for further proceedings."

As Defendants noted in their June 13, 2024, Notice to the Court, ECF No. 67, the Department of Justice published the final rule *Efficient Case and Docket Management in Immigration Proceedings*, 89 Fed. Reg. 46,742 (May 29, 2024) (final rule), which finalized the proposals in the notice of proposed rulemaking, *Appellate Procedures and Decisional Finality in Immigration Proceedings; Administrative Closure*, 88 Fed. Reg. 62,242 (proposed Sept. 8, 2023). The final rule became effective on July 29, 2024.

The parties are currently engaged in discussions regarding the impact of the new rule on this case and whether this case may be resolved without further litigation. The parties have met and conferred and agree that the case should remain stayed while those discussions continue and propose submitting another joint status report in 90 days. The parties further agree that the Court's

stay under 5 U.S.C. § 705 should remain in place for the duration of the stay in proceedings.

Respectfully submitted,

| | | | |
|---|---|---|---|
| By: | /s/ Keren Zwick<br>KEREN ZWICK<br>National Immigrant Justice Center<br>111 W. Jackson Blvd.<br>Suite 800<br>Chicago, IL 60604<br>Tel. (312) 660-1364<br>kzwick@immigrantjustice.org<br><br>*Counsel for Plaintiffs* | By: | /s/ Christina P. Greer<br>CHRISTINA P. GREER<br>Senior Litigation Counsel<br>U.S. Department of Justice, Civil Division<br>P.O. Box 878, Ben Franklin Station<br>Washington, DC 20044<br>Tel. (202) 598-8770<br>Christina.P.Greer@usdoj.gov<br><br>*Counsel for Defendants* |

Dated: October 17, 2024