UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHOLIC LEGAL IMMIGRATION NETWORK INC., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>EXECUTIVE OFFICE FOR IMMIGRATION REVIEW, *et al.*,<br><br>Defendants. | Civil Action No. 1:21-cv-00094-RJL |

**CONSENT MOTION TO ACCEPT LATE FILING
OF JOINT STATUS REPORT**

By and through their undersigned counsel, Defendants respectfully move the Court to accept late filing of the joint status report that was due Wednesday, January 15, 2025. Plaintiffs and Defendants conferred on the status report and finalized it for filing before the due date, but undersigned counsel failed to file it timely.

This request is filed in good faith and will not prejudice Plaintiffs. Defendants apologize to the Court and to Plaintiffs' counsel for any inconvenience. Undersigned counsel reached out to Plaintiffs' counsel, Keren Zwick, on January 16, 2025, for Plaintiffs' position on this motion, and she responded that they consent to this motion.

        Respectfully submitted,

        BRIAN M. BOYNTON
        Principal Deputy Assistant Attorney General

        NANCY K. CANTER
        Acting Assistant Director

        *s/ CHRISTINA P. GREER*
        CHRISTINA P. GREER
        Senior Litigation Counsel
        U.S. Department of Justice, Civil Division
        Office of Immigration Litigation
        P.O. Box 878, Ben Franklin Station
        Washington, DC 20044
        Tel: (202) 598-8770
        Email: Christina.P.Greer@usdoj.gov

Dated: January 16, 2025        *Attorneys for Defendants*