UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHOLIC LEGAL IMMIGRATION NETWORK INC., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>EXECUTIVE OFFICE FOR IMMIGRATION REVIEW, *et al.*,<br><br>Defendants. | Civil Action No. 1:21-cv-00094-RJL |

**[PROPOSED] ORDER**

Upon consideration of the motion to accept late filing of the joint status report due on Wednesday, January 15, 2025, it is hereby ORDERED that the motion is GRANTED.

SO ORDERED.

Dated: _____       _____
                                                                                 Hon. Richard J. Leon
                                                                                 United States District Judge