AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Catholic Legal Immigration Network, Inc. et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:21-cv-00094-RJL |
| Executive Office for Immigration Review et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Executive Office for Immigration Review et al.

Date: 02/19/2025

/s Lindsay M. Vick
*Attorney's signature*

Lindsay M. Vick MA Bar No. 685569
*Printed name and bar number*

Office of Immigration Litigation – General Litigation
and Appeals, United States Department of Justice
P.O. Box 878 Ben Franklin Station
Washington, D.C. 20044
*Address*

Lindsay.Vick@usdoj.gov
*E-mail address*

(202) 532-4023
*Telephone number*

(202) 305-7000
*FAX number*