# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CATHOLIC LEGAL IMMIGRATION NETWORK INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> EXECUTIVE OFFICE FOR IMMIGRATION REVIEW, *et al.*, <br><br> Defendants. | Civil Action No. 1:21-cv-00094-RJL |

**MOTION FOR VOLUNTARY DISMISSAL**

## MOTION FOR VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiffs move this Court to grant voluntary dismissal of this case.[1] In support of this request, Plaintiffs state the following:

Plaintiffs challenged an Interim Final Rule, that changed certain procedures and substantive rights in cases pending before immigration courts and the Board of Immigration Appeals. *See* Appellate Procedures and Decisional Finality in Immigration Proceedings; Administrative Closure, 85 Fed. Reg. 81,588 (Dec. 16, 2020). On April 4, 2021, the Court granted Plaintiffs' motion to stay or enjoin the effective date of the Rule. ECF 46; *see also See Centro Legal de la Raza v. Exec. Off. for Immigr. Rev.,* 524 F. Supp. 3d 919 (N.D. Cal. 2021) (enjoining rule).

On April 18, 2021, the Court granted the Department of Justice's request to stay proceedings and ordered the Department to "submit a status report no later than July 19, 2021, regarding the status of defendants' review of the Rule at issue" and to "confer with plaintiffs and include in the status report a proposal for further proceedings." The parties filed numerous subsequent status reports, and on the June, 13, 2024 (ECF No. 67), Defendants noted that the Department of Justice published a final rule entitled *Efficient Case and Docket Management in Immigration Proceedings*, 89 Fed. Reg. 46,742 (May 29, 2024) (final rule), which finalized the proposals in a prior notice of proposed rulemaking entitled *Appellate Procedures and Decisional Finality in Immigration Proceedings; Administrative Closure*, 88 Fed. Reg. 62,242 (proposed Sept. 8, 2023).

That rule became effective on July 29, 2024, and it rescinded the Rule at issue in this case.

---

[1] Plaintiffs have sought Defendants' position on this motion, and Defendants do not oppose dismissal.

89 Fed. Reg. at 46,742. Given that the Rule that is no longer in effect, Plaintiffs move to voluntarily dismiss this case.

Date: July 22, 2025

s/ Keren Zwick
Keren Zwick (D.D.C. IL0055)
NATIONAL IMMIGRANT JUSTICE CENTER
111 W. Jackson Blvd. Suite 800
Chicago, Illinois 60604
kzwick@immigrantjustice.org
312.660.1364

*Counsel for Plaintiffs*

2